# PENALTY SHEET

DEFENDANT 1:  Karen Lynn McClaflin
YEAR OF BIRTH:  1958

ADDRESS: Colorado Springs, Colorado

COMPLAINT FILED? _____YES ___x____NO
    IF YES, PROIVDE MAGISTRATE CASE NUMBER_____

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT? _____YES ___x___NO

OFFENSE:   COUNT 1: 18 U.S.C. § 1343: Wire Fraud
          COUNT 2: 18 U.S.C. § 1957: Monetary Transaction in property derived from wire fraud

          Notice of Forfeiture

LOCATION OF OFFENSE:  El Paso County, Colorado and elsewhere

PENALTY:  COUNT 1:  NMT 20 years imprisonment, NMT 3 years supervised release, a $250,000 fine, and a $100 special assessment.
          COUNT 2: NMT 10 years imprisonment, NMT 3 years supervised release, a $250,000 fine, and a $100 special assessment.

AGENTS:   FBI Jonathon Cronan
          IRS Melissa Tweet

AUTHORIZED BY:  Pegeen D. Rhyne
          Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL:  N/A resolved by pre-indictment disposition

_____five days or less

_____ over five days

_____ other

THE GOVERNMENT will no90 seek detention in this case.
OCDETF case:  _____ Yes  __X___ No