IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  17-cr-00168-CMA

UNITED STATES OF AMERICA,

       Plaintiff,

v.

KAREN MC CLAFLIN,

       Defendant.
_____

## ENTRY OF APPEARANCE
_____

       Thomas J. Hammond, duly licensed to practice in the United States District Court for the District of Colorado, enters his appearance as counsel for Ms. McClaflin in the above captioned case.

       Respectfully submitted,

       s/ Thomas J. Hammond
       Thomas J. Hammond
       Thomas J. Hammond, P.C.
       1544 Race Street
       Denver, Colorado 80206
       303-321-7902
       Fax: (303)329-5871
       Email: hammondlaw@solucian.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on May 17, 2017, I electronically filed the foregoing **ENTRY OF APPEARANCE** with the Clerk of the Court using the CM/ECF filing system which will send notification of such filing to the appropriate parties.


s/ Thomas J. Hammond
Thomas J. Hammond