IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO.  17-cr-00168-CMA

UNITED STATES OF AMERICA,

        Plaintiff,

v.

KAREN MC CLAFLIN,

        Defendant.
_____

## NOTICE OF DISPOSITION
_____

      Ms. McClaflin, by and through his attorney, Thomas J. Hammond, hereby provides notice to the Court that a disposition has been reached in this case.

      Ms. McClaflin hereby moves to vacate the trial in this case and to re-set the case for a change of plea hearing.

                                Respectfully submitted,

                                  s/ *Thomas J.  Hammond*
                                Thomas J. Hammond
                                Thomas J. Hammond, PC
                                1544 Race Street
                                Denver, Colorado 80206
                                (303)321-7902
                                Fax: (303)329-5871
                                Email: hammondlaw@solucian.com

                                Attorney for Karen McClaflin

CERTIFICATE OF SERVICE

      I hereby certify that on May 19, 2017, I served a copy of the foregoing **NOTICE OF DISPOSITION** via the CM/ECF system to all appropriate parties in this case:

 s/ *Thomas J.  Hammond*
Thomas J.  Hammond