IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 17-cr-00168-CMA

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.     KAREN LYNN MCCLAFLIN,

        Defendant.

_____

JOINT MOTION TO CONTINUE DEADLINE FOR
SENTENCING FILINGS AND SENTENCING HEARING
_____

The United States Attorney's Office for the District of Colorado (the "government"), through Assistant United States Attorney Pegeen D. Rhyne, and defendant Karen Lynn McClaflin, through her attorney Thomas Hammond, hereby file this Joint Motion to Continue Deadline for Sentencing Filings and Sentencing Hearing.

On June 21, 2017, Karen McClaflin pled guilty to one count of wire fraud and one count of engaging in monetary transactions in property derived from wire fraud. At that time, the Court set the sentencing hearing for January 17, 2018, and set a deadline of September 29, 2017, for the filing of sentencing statements or a stipulation regarding loss and restitution. The parties have been working diligently to meet this September 29, 2017 deadline. However, given the volume of documents that have needed to be obtained and analyzed, the parties need additional time.

Starting well before her change of plea, defendant McClaflin has been

cooperative in providing the relevant records in her possession, including bank records. In order to obtain complete bank records for Homesource Partners Inc. ("Homesource") for 2011-2017, however, these bank records have been requested from Ent Bank. Due to the volume of these documents, it has taken substantial time to analyze these records for purposes of calculating loss. During this analysis, it was discovered that not all of the requested documents were provided by Ent Bank. These missing records have been requested, but to date, not all of them have been provided. The government and the receiver are working together to obtain the remaining bank records.

The government has also been analyzing Homesource records, including QuickBooks records and investor files. The receiver has also been providing the government with the victim statements that it has received on a rolling basis; the deadline for victims to provide such statements is toward the end of September 2017. The government has also requested access to the victim statements provided to the probation office so that it can take this information into account in its loss analysis. In short, the process of obtaining and analyzing this data has been very time consuming.

Defendant McClaflin has been cooperative during this process. Defendant McClaflin has provided documents in her possession, assisted in identifying documents that are in the receiver's possession, and has answered questions for the government to assist with the loss/restitution analysis. The parties assure the Court that this has been a cooperative effort. The government further assures the Court that it is not simply relying on information provided by defendant McClaflin, but is conducting its own analysis in order to best protect the victims' interests.

Despite the parties' best efforts, they will not be in a position to file their

sentencing statements or stipulation regarding loss and restitution by September 29, 2017. Because this process of determining the loss and restitution is so important to this case, the parties request two additional months to file their sentencing statements or a stipulation regarding loss and restitution with a new deadline of December 1, 2017. The parties recognize that a continuance of this deadline will require the sentencing hearing to be continued as well. The government has consulted with the probation officer, who advised that a new sentencing date on or after February 14, 2018 would accommodate her deadlines.

Accordingly, the parties request that the deadline for filing the parties' sentencing statements or a stipulation regarding loss and restitution be continued to December 1, 2017, and the sentencing hearing be continued to a date on or after February 14, 2018.

ROBERT C. TROYER
Acting United States Attorney

By: *s/Pegeen D. Rhyne*
PEGEEN D. RHYNE
Assistant U.S. Attorneys
United States Attorney's Office
1801 California Street, Suite 1600
Denver, Colorado 80202
(303) 454-0100
(303) 454-0409 (fax)
Pegeen.Rhyne@usdoj.gov
Attorney for Government

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of September, 2017, I electronically filed the foregoing **JOINT MOTION TO CONTINUE DEADLINE FOR SENTENCING FILINGS AND SENTENCING HEARING** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

By:*s/Pegeen D. Rhyne*
PEGEEN D. RHYNE
Assistant U.S. Attorneys
United States Attorney's Office
1801 California Street, Suite 1600
Denver, Colorado 80202
(303) 454-0100
(303) 454-0409 (fax)
Pegeen.Rhyne@usdoj.gov