**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Criminal Case No. 17-cr-00168-CMA

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.     KAREN LYNN MCCLAFLIN,

     Defendant.

_____

**STIPULATION REGARDING LOSS AND RESTITUTION**
_____

The United States Attorney's Office for the District of Colorado (the "government"), through Assistant United States Attorney Pegeen D. Rhyne, and defendant Karen Lynn McClaflin, through her attorney Thomas J. Hammond, hereby agree to the following:

1. The loss and restitution in this case are both at least $14,000,000. (The government believes the loss and restitution is $14,528,206.39 based on the IRS agent's calculations, and defendant McClaflin believes the loss and restitution is closer to $14,432,056.52 based on the analysis undertaken by the accountant for receiver appointed for Homesource Partners, Inc.).   The parties will continue to evaluate each other's positions to determine whether a final number can be agreed upon prior to the sentencing hearing.)

2. With respect to restitution, as set forth in footnote one of the plea agreement [Doc # 11], the receiver that took over defendant McClaflin's business

Homesource Partners, Inc. has been working to identify and liquidate assets of

Homesource Partners Inc. in order to return money to the victims.   The parties

agree that any payments made by the receiver to the victims in this case should

offset the restitution order imposed in this case.

SO STIPULATED:

By:*s/Pegeen D. Rhyne*
PEGEEN D. RHYNE
Assistant U.S. Attorneys
United States Attorney's Office
1801 California Street, Suite 1600
Denver, Colorado 80202
(303) 454-0100
(303) 454-0409 (fax)
Pegeen.Rhyne@usdoj.gov
Attorney for Government

By: *s/Thomas J. Hammond*
THOMAS J. HAMMOND
Thomas J. Hammond, P.C.
1544 Race Street
Denver, Colorado   80206
Attorney for Karen McClaflin

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on December 1, 2017, I electronically filed the foregoing **STIPULATION REGARDING LOSS AND RESTITUTION** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to any and all counsel of record.


*s/ Dee Boucher*
United States Attorney's Office