IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 17-cr-00168-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

KAREN MC CLAFLIN,

    Defendant.
_____

### KAREN MCCLAFLIN'S OBJECTIONS TO THE PRE-SENTENCE REPORT
_____

Karen McClaflin, though counsel, submits the following objections to the Presentence Report:

Ms. McClaflin objects to Paragraph 57 of the Presentence Report, and states that she is not the person who entered a guilty plea to the charge of operating an unsafe vehicle on July 21, 1995. Ms. McClaflin states that she has never been charged with failure to present insurance. Ms. McClaflin states that she is not the person who received the ticket. This is not an objection that would change any sentencing calculation under the United States Sentencing Guidelines; however, Ms. McClaflin wants to set this portion of the record straight. The Presentence Report does state that the person who was issued the ticket was Karen Marie Biggs. Ms. McClaflin's middle name has always been Lynn, and this is corroborated in the remainder of her criminal history in which she is identified during that time as Karen L. Biggs.

Ms. McClaflin joins the government regarding objections to Paragraphs 32 and 43, as well as Paragraphs 49, 53, and 118 of the Presentence Report.

Ms. McClaflin will address those sections of the Presentence Report pertaining to her marriage and divorce, the status of automobiles, and the money recovered by the Receiver at a later date, none of which affect any sentencing calculation under the United States Sentencing Guidelines.

Ms. McClaflin does not object to the probation officer's recommendation of a variant sentence.  Similarly, Ms. McClaflin does not object to the fact that the government will file a motion for a variant sentence at the appropriate time.  Ms. McClaflin will file her own motion for a non-Guidelines sentence at the appropriate time.

                                            Respectfully submitted,

                                            *s/ Thomas J. Hammond*
                                            Thomas J. Hammond
                                            Thomas J. Hammond, P.C.
                                            1544 Race Street
                                            Denver, Colorado 80206
                                            303-321-7902
                                            Fax: (303)329-5871
                                            Email: hammondlaw@solucian.com

### CERTIFICATE OF SERVICE

I hereby certify that on February 21, 2018,  I electronically filed  the foregoing **KAREN MCCLAFLIN'S OBJECTIONS TO THE PRE-SENTENCE REPORT** with the Clerk of the Court using the CM/ECF filing system which will send notification of such filing to the appropriate parties.

*s/ Thomas J. Hammond*
Thomas J. Hammond