**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 17-cr-00168-CMA

UNITED STATES OF AMERICA,

     Plaintiff,

v.

1.    KAREN LYNN MCCLAFLIN,

     Defendant,

_____

**GOVERNMENT'S MOTION REGARDING ACCEPTANCE OF RESPONSIBILITY**
_____

THE UNITED STATES OF AMERICA, through Assistant United States Attorney Pegeen D. Rhyne, hereby submits the Government's Motion Regarding Acceptance of Responsibility.

On June 21, 2017, defendant Karen Lynn McClaflin pled guilty to the two-count Information in this case.   In connection with her change of plea, defendant McClaflin agreed to a factual basis that established her factual guilt for these counts. Accordingly, based on her timely change of plea and the related factual basis, the government makes this motion, pursuant to United States Sentencing Guidelines, Section 3E1.1(b), for defendant McClaflin to receive the third point for acceptance of responsibility.   *See* U.S.S.G. §3E1.1(b).   The government makes this motion because defendant McClaflin's timely change of plea permitted the government to avoid preparing for trial.

Respectfully submitted this 23rd day of February, 2018.

ROBERT C. TROYER
United States Attorney

By: *s/ Pegeen D. Rhyne*
PEGEEN D. RHYNE
Assistant U.S. Attorney
1801 California, Suite 1600
Denver, Colorado 80202
(303) 454-0100
(303) 454-0409 (fax)
Pegeen.Rhyne@usdoj.gov
Attorney for Government

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 23, 2018, I electronically filed the foregoing **GOVERNMENT'S MOTION REGARDING ACCEPTANCE OF RESPONSIBILITY** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to any and all counsel of record.

_s/ Dee Boucher_
United States Attorney's Office