**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 17-cr-00168-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

KAREN LYNN MCCLAFLIN,

    Defendant.

_____

**GOVERNMENT'S MOTION FOR A VARIANT SENTENCE OF
65 MONTHS OF INCARCERTAION**
_____

    The United States of America, by Assistant United States Attorney Pegeen D. Rhyne, hereby files the Government's Motion for a Variant Sentence of 65 Months of Incarceration.

    Pursuant to the government's sentencing guideline calculation set forth in the plea agreement in this case, the defendant's total offense level is 29 and her criminal History category is I, resulting in a guideline range of 87-108 months.   The government requests that the Court impose a variant sentence that includes 65 months of incarceration.

### Defendant McClaflin's Cooperation in this

### Case Warrants a Variant Sentence

    Defendant McClaflin's efforts to aid the government in its resolution of this case have been substantial and unusual and warrant a variant sentence.   First, soon after

the investigation in this case began, defendant McClaflin met with the government and confessed to her crimes.   Then, defendant McClaflin agreed to plead guilty to an Information, rather than requiring an indictment, which allowed the government to charge this case much more quickly than usual.   Defendant McClaflin has also been actively providing information and locating documents to assist the government in its loss and restitution calculations, and she has stipulated that the loss and restitution in this case exceed $14,000,000.   Finally, defendant McClaflin has been assisting the Receiver, who was appointed to liquidate her company Homesource Partners, Inc., in his efforts to locate information necessary to liquidate the company's assets so that money can be returned to the victims sooner and with less expense.

      Defendant McClaflin's actions have substantially assisted the government during this case.   While defendant McClaflin's assistance does not qualify for a departure pursuant to United States Sentencing Guidelines Section 5K1.1 because she has not assisted in the investigation or prosecution of *another person*, the government believes that her assistance should be recognized.   Accordingly, the government requests that this Court impose a variant sentence that includes 65 months of incarceration.

      Respectfully submitted this 23rd day of February, 2018.

      ROBERT C. TROYER
United States Attorney

*s/ Pegeen D. Rhyne*
PEGEEN D. RHYNE
Assistant United States Attorney
1801 California Street, Suite 1600
Denver, Colorado 80202
Telephone: (303) 454-0100
Facsimile: (303) 454-0409
E-mail: pegeen.rhyne@usdoj.gov
Attorney for Government

2

## CERTIFICATE OF SERVICE

  I hereby certify that on February 23, 2018, I electronically filed the foregoing **GOVERNMENT'S MOTION FOR A VARIANT SENTENCE OF 65 MONTHS OF INCARCERTAION** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to any and all counsel of record.

                *s/ Dee Boucher*
                United States Attorney's Office