**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 17-CR-00168-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

KAREN LYNN MCCLAFLIN,

    Defendant.

---

**ENTRY OF APPEARANCE OF FORFEITURE COUNSEL**

---

To:    The clerk of court and all parties of record

I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for the United States of America.

DATED at Denver, Colorado this 24th day of April, 2018.

    ROBERT C. TROYER
    United States Attorney

    s/ *Laura B. Hurd*
    Laura B. Hurd
    Assistant United States Attorney
    United States Attorney's Office
    1801 California Street, Suite 1600
    Denver, Colorado 80202
    Telephone: 303-454-0100
    Fax: 303-454-0405
    Email: laura.hurd@usdoj.gov

## CERTIFICATE OF SERVICE

   I hereby certify that on this 24th day of April, 2018, I electronically filed the foregoing with the Clerk of Court using the ECF system which will send notice to all counsel of record.

                  s/ *Jody Gladura*
                  FSA Data Analyst
                  Office of the U.S. Attorney