IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 17-CR-00168-CMA

UNITED STATES OF AMERICA,

        Plaintiff,

v.

KAREN LYNN MCCLAFLIN,

        Defendant.

___

**PRELIMINARY ORDER OF FORFEITURE FOR A PERSONAL MONEY JUDGMENT AGAINST DEFENDANT KAREN LYNN MCCLAFLIN**
___

THIS MATTER comes before the Court on the United States' Motion for Preliminary Order of Forfeiture for a Personal Money Judgment against Defendant Karen Lynn McClaflin pursuant to Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure Doc. #30).  The Court having read said Motion and being fully advised in the premises finds:

THAT on May 17, 2017, an Information was filed which charged defendant Karen Lynn McClaflin in Counts One and Two with violations of 18 U.S.C. § 1343 and 18 U.S.C. § 1957.  The Information also sought forfeiture in the form of a personal money judgment against defendant Karen Lynn McClaflin pursuant 18 U.S.C. § 981(a)(1)(C),

18 U.S.C. § 982(a)(1), and 28 U.S.C. § 2461(c), in the amount of proceeds obtained by the scheme and by the defendant. (Doc. 1).

THAT on June 21, 2017, the United States and defendant Karen Lynn McClaflin entered into a Plea Agreement, which provides a factual basis and cause to issue a personal money judgment under 18 U.S.C. § 981(a)(1)(C), 18 U.S.C. § 982(a)(1), 28 U.S.C. § 2461(c), and Rule 32.2(b) of the Federal Rules of Criminal Procedure. (Doc. 11).

THEREFORE, IT IS ORDERED, DECREED AND ADJUDGED:

THAT $14,528,206.39 is subject to forfeiture as proceeds obtained by defendant Karen Lynn McClaflin through commission of the offenses in Counts One and Two for which she has pleaded guilty.

THAT a Preliminary Order of Forfeiture for a Personal Money Judgment against defendant Karen Lynn McClaflin in the amount of $14,528,206.39 shall be entered in accordance with 18 U.S.C. § 981(a)(1)(C), 18 U.S.C. § 982(a)(1), and 28 U.S.C. § 2461(c).

THAT payments made by the appointed receiver to the victims shall be credited towards the $14,528,206.39 forfeiture money judgment.

THAT pursuant to Federal Rule of Criminal Procedure 32.2(b)(4), this Forfeiture Money Judgment shall become final as to the defendant at the time of sentencing and shall be made part of the sentence and included in the judgment.

THAT this Preliminary Order of Forfeiture may be amended pursuant to the Federal Rules of Criminal Procedure, Rule 32.2(e)(1).

DATED: April 25, 2018

                BY THE COURT:

                *Christine M. Arguello*
                CHRISTINE M. ARGUELLO
                United States District Judge