IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 17-cr-00168-CMA

UNITED STATES OF AMERICA,

        Plaintiff,

v.

KAREN MC CLAFLIN,

        Defendant.
_____

**MOTION TO CONTINUE MAY 10, 2018 SENTENCING HEARING**
_____

        Karen McClaflin, though counsel, moves to continue the sentencing hearing in this case.

        As stated in the earlier motion, Ms. McClaflin has had a history of medical issues involving her hip. She has had multiple hip replacement surgeries as well as procedures to address serious deep hip infections since 2013.

        In the previous motion, the recommendation from her doctors was that Ms. McClaflin undergo either a full hip replacement or a repeat or another surgical procedure that would be something less than the full hip replacement. The plan at the time was to move quickly and it appeared that it was going to occur on March 5, 2018.

        The previously filed Unopposed Motion to Continue Sentencing (Doc. No. 23) requested that the Court set a status hearing 6-8 weeks from March 6, 2018 in order to determine what was going to happen next with respect to the surgical procedures. The Court granted the motion to continue but the case was set for sentencing on May 10,

2018 rather than the requested status hearing.

Now, the best information available, which was gained before 4:00 p.m. on May 3, 2018, and after several days of trying to contact the medical professionals, is that Ms. McClaflin did not undergo any of the major surgical procedures (she did have the minor procedure to insert the PICC line) and there is no plan in the immediate future that she will undergo either of the surgical procedures outlined in the earlier motion.

Undersigned counsel has confirmed the following: since March 6, 2018, Ms. McClaflin has had a PICC line inserted into her hip area. The purpose of the PICC line was to provide continuous intervenous antibiotics in the area to address what the doctor's office described as a polymicrobial (multiple bacteria) infection, after which the doctors would determine the next course of action. Currently, it appears that there is no plan for Ms. McClaflin to undergo further surgical procedures. Ms. McClaflin has begun physical therapy to address the weakened state of the muscles in her thigh. If the Court grants a short continuance of the sentencing hearing, the physical therapy will have begun and Ms. McClaflin will have begun to regain strength in those muscles. It also appears that, depending on the circumstances, the physical therapy can be continued within the treatments available in the Bureau of Prisons, but this has not been confirmed by BOP sources at this time.

An updated letter from the doctor confirming Ms. McClaflin's medical status as of April 30, 2018 will be sent to the Court under seal.

Counsel for Ms. McClaflin has contacted Assistant United States Attorney Pegeen Rhyne. Counsel is authorized to represent that while the government does not take a position regarding this motion, the government does recall that the Unopposed

Motion to Continue Sentencing Hearing (Doc. No. 23) did specifically request that the Court set a status hearing before re-setting the sentencing hearing in this case, and the government does not object to converting the May 10 sentencing hearing to a status conference.

Counsel expected to have learned the information pertaining to Ms. McClaflin's medical condition sufficiently in advance of the sentencing hearing to be able to draft a timely motion for a non-guideline sentence that included her prognosis and to present to the Court a detailed analysis of the ability of the Bureau of Prisons to effectively treat her.  Counsel sought the information as early as April 27, 2018, but was unable to have direct contact with the doctor's office until May 3, 2018.

Counsel has also been in communication with the court appointed receiver who has been in charge of liquidating the assets of Ms. McClaflin's company and intends to address that issue in the motion for a non-guideline sentence should the Court grant a short continuance.

WHEREFORE, Ms. McClaflin moves to convert the May, 10 2018 sentencing to a status conference and then set the sentencing hearing in this case out approximately two to three weeks depending upon the Court's schedule.  The sentencing hearing could be held the last week of May ( anytime on May 29, the morning of May 30 or the afternoon of May 31) or sometime after June 9, 2018.

Respectfully submitted,

*s/ Thomas J. Hammond*
Thomas J. Hammond
Thomas J. Hammond, P.C.
1544 Race Street
Denver, Colorado 80206
303-321-7902
Fax: (303)329-5871
Email: hammondlaw@solucian.com

Attorney for Karen McClaflin

## CERTIFICATE OF SERVICE

    I hereby certify that on May 4, 2018, I electronically filed the foregoing **MOTION TO CONTINUE SENTENCING HEARING** with the Clerk of the Court using the CM/ECF filing system which will send notification of such filing to the appropriate parties.

*s/ Thomas J. Hammond*
Thomas J. Hammond