IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 17-cr-00168-CMA

UNITED STATES OF AMERICA,

        Plaintiff,

v.

**KAREN MC CLAFLIN**

        Defendant.

_____

**KAREN MC CLAFLIN'S UNOPPOSED MOTION TO
RESTRICT DOCUMENT #36**
_____

        Karen McClaflin, by and through her attorney, Thomas J. Hammond, and pursuant to D.C.COLO.LCrR 47.1 moves this Court to grant Level II restricted access to (1) Document #36 , (2) the brief in support of this motion, and (3) any Order revealing the contents of Document #36.  The brief justifying restriction is filed contemporaneously with this request.

        Counsel for Ms. McClaflin has conferred with Assistant United States Attorney Pegeen Rhyne and is authorized to represent that the government does not oppose this motion.

Respectfully submitted,


s/ Thomas J. Hammond
Thomas J. Hammond
Thomas J. Hammond, P.C.
1544 Race Street
Denver, Colorado 80206
303-321-7902
Fax: (303)329-5871
Email: hammondlaw@solucian.com

Attorney for Karen McClaflin


## CERTIFICATE OF SERVICE

I hereby certify that on May 4, 2018, I electronically filed the foregoing **KAREN MC CLAFLIN'S UNOPPOSED MOTION TO RESTRICT DOCUMENT #36** with the Clerk of the Court using the CM/ECF filing system which will send notification of such filing to the appropriate parties.


s/ Thomas J. Hammond
Thomas J. Hammond