IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 17-cr-00168-CMA-1

UNITED STATES OF AMERICA,

    Plaintiff,

v.

KAREN LYNN McCLAFLIN

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO
MAY 17 2018
JEFFREY P. COLWELL
CLERK

---

### DEFENDANT'S NOTICE OF APPEAL

Defendant, Karen Lynn McClaflin, pro se, files this notice of appeal to the Tenth Circuit Court of Appeals, and appeals the Judgment and Commitment Order that was entered on May 14, 2018, as document 40 on the docket.

Defendant retained counsel for the district-court proceedings but is financially unable to retain counsel for the appeal. Defendant therefore asks that she be appointed counsel under the Criminal Justice Act and permitted to proceed on appeal without prepayment of fees. Defendant will soon be filing a motion in this court asking for a finding that she is eligible for appointed counsel under the Criminal Justice Act.

            Respectfully submitted,

            */s/ Karen Lynn McClaflin*
            Karen Lynn McClaflin (pro se)
            15954 Jackson Creek Parkway B602
            Monument, CO 80132
            (719) 481-9560