

DENVER CO 800

15 MAY 2018

Clerk's Office
Alred A. Arraj US Courthouse
Room A105
901 19th Street
Denver, CO 80294-3589

80294-750161

Ms. Karen L McClaflin
15954 Jackson Creek Pkwy
Monument, CO 80132-8532