IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 17-cr-00168-CMA

UNITED STATES OF AMERICA,

        Plaintiff,

v.

**1.    KAREN MCCLAFLIN,**

        Defendant.

_____

**MOTION TO PROCEED IN FORMA PAUPERIS AND FOR APPOINTMENT OF COUNSEL PURSUANT TO THE CRIMINAL JUSTICE ACT 18 U.S.C. §3006A**
_____

        Ms. McClaflin, by and through her attorney, Thomas J. Hammond now *pro bono*, moves to proceed in forma pauperis. In support of this motion, Ms. McClaflin states the following:

        1.    After she was sentenced by this Court on May, 10, 2018, Ms. McClaflin filed a Notice of Appeal on May 15, 2107. Document No. 42.

        2.    As required by the rules of the Tenth Circuit, counsel for Ms. McClaflin is about to file an Entry of Appearance and Docketing Statement in a *pro bono* capacity. Counsel has begun to draft the Transcript Order Form as required; however, without an order finding that Ms. McClaflin is unable to pay the costs of the transcript on appeal, she would have be charged the costs associated with this appeal when she is incarcerated and unable to pay for the transcript.

        3.    Ms. McClaflin is now indigent and has no funds to retain counsel for appellate purposes. In fact, Ms. McClaflin did not herself have funds to retain

1

undersigned counsel; funds were received from her civil attorney's office.  At this time, Ms. McClaflin is unable to pay a substantial portion of the fees incurred by undersigned counsel, and it does not appear that she will be able to obtain funds with which to pay the remainder. As the case progressed, undersigned counsel considered asking to be appointed pursuant to the Criminal Justice Act but decided to "bite the bullet" and see the case through without asking to convert his representation to a CJA appointment. For these reasons, undersigned counsel has a good faith basis to believes that Ms. McClaflin should be qualified for court appointed counsel pursuant to the Criminal Justice Act.

4.     Ms. McClaflin has completed a CJA 23 Financial Affidavit in order to show that she is without sufficient funds to either file or litigate this appeal.  The CJA 23 form will be filed as a separate pleading as it should be a restricted document.

WHEREFORE, Ms. McClaflin moves to proceed in forma pauperis, pursuant to the standards set forth in the Criminal Justice Act, 18 U.S.C. § 3006A.  *United States v. Osuna,* 141 F.3d 1412 (10th Cir. 1998).

Respectfully submitted,

s/ Thomas J. Hammond
Thomas J. Hammond
Thomas J. Hammond, P.C.
1544 Race Street
Denver, Colorado 80206
303-321-7902
Fax: (303)329-5871
Email: hammondlaw@solucian.com

Attorney for Karen McClaflin

## CERTIFICATE OF SERVICE

      I hereby certify that on May 22, 2018, I electronically filed the foregoing **MOTION TO PROCEED IN FORMA PAUPERIS AND FOR APPOINTMENT OF COUNSEL PURSUANT TO THE CRIMINAL JUSTICE ACT 18 U.S.C. §3006A** with the Clerk of the Court using the CM/ECF filing system which will send notification of such filing to the appropriate parties.


s/ Thomas J. Hammond
Thomas J. Hammond