IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 17-cr-00168-CMA-1

UNITED STATES OF AMERICA,

        Plaintiff,

v.

KAREN LYNN MCCLAFLIN,

        Defendant.

---

**ORDER TO SURRENDER IN LIEU OF
TRANSPORTATION BY THE UNITED STATES MARSHAL**

---

        IT IS ORDERED that Defendant, KAREN LYNN MCCLAFLIN, having been sentenced in the above-named case to the custody of the Bureau of Prisons, is to surrender herself by reporting to the Warden, Federal Correctional Institution Satellite Camp, Phoenix, AZ, on June 19, 2018, by 12:00 Noon, and will travel at her own expense.

        DATED: June 1, 2018

        BY THE COURT:

*Christine M Arguello*

CHRISTINE M. ARGUELLO
United States District Judge