FILED  
United States Court of Appeals  
Tenth Circuit

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

**June 7, 2018**

Elisabeth A. Shumaker  
Clerk of Court

_____

UNITED STATES OF AMERICA,

    Plaintiff - Appellee,

v.

KAREN LYNN MCCLAFLIN,

    Defendant - Appellant.

No. 18-1217  
(D.C. No. 1:17-CR-00168-CMA-1)  
(D. Colo.)

_____

**ORDER**
_____

Before **TYMKOVICH**, Chief Circuit Judge.
_____

This matter is before the court on attorney Thomas J. Hammond's *Motion to Withdraw*, in which he seeks to withdraw as retained counsel for appellant Karen Lynn McClaflin and requests that this court appoint counsel for her pursuant to the Criminal Justice Act, 18 U.S.C. § 3006A. The court previously took that motion under advisement and abated this appeal, pending the district court's determination that Ms. McClaflin is financially eligible for appointed counsel—a determination the district court has now made. [ECF No. 50].

Upon consideration of the motion and the district court's order, the court lifts the abatement of this appeal, grants Mr. Hammond's motion to withdraw, and, pursuant to the Criminal Justice Act, 18 U.S.C. § 3006A, appoints Ann Marie Taliaferro to represent Ms. McClaflin for purposes of this appeal. *See* 18 U.S.C. § 3006A. Ms. Taliaferro's contact information is:

> Ann Marie Taliaferro
> Brown, Bradshaw & Moffat
> 422 North 300 West
> Salt Lake City, Utah 84103
> (801) 532-5297

On or before June 18, 2018: (1) Ms. Taliaferro shall enter an appearance in this appeal on behalf of Ms. McClaflin; and (2) Mr. Hammond shall forward to Ms. Taliaferro any additional materials in his possession that are pertinent to this appeal. Ms. McClaflin is relieved of her obligation under this court's June 1, 2018 order to advise the court of the status of her motion for leave to proceed *in forma pauperis*.

Because this appeal will proceed under the Criminal Justice Act, it will likewise proceed on a record. Accordingly, the court vacates and resets the existing deadline of June 15, 2018 for Ms. McClaflin to file a transcript order form or a notice that no transcript is necessary for purposes of this appeal. On or before June 28, 2018, Ms. Tafliaferro shall file on Ms. McClaflin's behalf: (1) a designation of record; and (2) either a transcript order form or a notice that no transcript is necessary for purposes of this appeal. The district court shall wait until at least June 29, 2018 before transmitting a record on appeal to this court.

Ms. McClaflin's opening brief will be due 40 days from the date this court receives notice from the district court that the record on appeal is complete for purposes of this appeal. *See* Fed. R. App. P. 31; 10th Cir. R. 11.2(A).

            Entered for the Court
            ELISABETH A. SHUMAKER, Clerk

            by: Lisa A. Lee
                Counsel to the Clerk