IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  17-cr-00168-CMA

UNITED STATES OF AMERICA,

        Plaintiff,

v.

KAREN MC CLAFLIN,

        Defendant.

_____

**MOTION TO STAY JUNE 19, 2018 SELF-SURRENDER ORDER**
_____

Karen McClaflin, though counsel (appearing *pro bono)*, moves to moves for a stay of execution of the self-surrender order.  In support of this motion, Ms. McClaflin states the following:

Ms. McClaflin has been ordered to surrender to the Federal Correctional Institution Satellite Camp in Phoenix, Arizona by noon on Tuesday, June 19, 2018.

Ms. McClaflin has had a history of medical issues involving her hip.  She has had multiple hip procedures, and hip replacement surgeries between 2013 and May 2018.  She has also experienced several serious deep hip infections since 2013.

At the sentencing hearing, Ms. McClaflin raised her medical issues again.  At that time the doctor's report suggested that the infection was superficial, as opposed to a deep tissue infection, and that full hip replacement surgery looked less likely because the antibiotics appeared to be working.

On June 1, 2018, Ms. McClaflin was admitted to Porter Adventist Hospital.  She

1

underwent surgery for an irrigation and debridement which revealed that the infection was indeed a deep tissue infection and much more serious than was communicated in the letters presented at sentencing.  Between June 1 and June 4, 2018, further tests were conducted and another surgery, a resection arthroplasty, was performed on June 4, 2018.  The purpose of the resection arthroplasty was to remove any and all remaining artificial components in Ms. McClaflin's hip.  *See also, Pre-sentence Report, doc. #21 at pp. 17-19.*  This time the procedure was complicated by the necessity of removing a long metal rod that connected Ms. McClaflin's femur to her hip, and involved making a "window" by way of a controlled fracture of her femur in order to extract the rod.  The doctors then inserted an articulating spacer between Ms. McClaflin's femur and her hip in order to maintain the hip joint as much as possible.  The spacer was described by Physician's Assistant Jason Forsythe as a "cemented cover cup filled with antibiotics. Ms. McClaflin is back on a continuous PICC (Peripherally Inserted Control Catheter) which also pumps a broad spectrum antibiotic through her body.  This information has been confirmed by Jason Forsythe, a physician's assistant at the Colorado Hip Replacement Center who was present for the irrigation and debridement procedure. Counsel was also advised that the recovery period is 4-8 weeks followed by several weeks of physical therapy and then another surgery to install the new hip components.

Ms. McClaflin has mandatory meetings with her infectious disease specialist, Dr. Peter Brookmeyer, on Tuesdays and Thursdays.  She also has an infectious disease specialist in Denver who coordinates with Dr. Miner at  the Colorado Hip Replacement Center.  Dr. Brookmeyer is also concerned that Ms. McClaflin could also suffer a Clostridium difficile infection because the broad spectrum antibiotics she is receiving

have the ability to kill the good bacteria in her gut. Clostridium difficile has been known to be life threatening according to the Centers for Disease Control and Prevention.

Ms. McClaflin was released from Porter Adventist Hospital on June 9, 2018. She is essentially confined to her bed waiting to see her hip replacement specialist and her infectious disease specialist. She is able to walk short distances with the use of a special brace that basically keeps her right leg attached to her body.

At the present time, Ms. McClaflin's femur is connected to her hip by the spacer and the brace that runs from her waist to mid-thigh. The purpose of the brace is to prevent her from fracturing her femur. She cannot bear any weight on her right leg and needs assistance from friends to get her out of her house and into a car to be able to make her doctor visits. Ms. McClaflin sleeps in a zero gravity chair.

Ms. McClaflin needs to have and maintain immediate access to an orthopedist and an infectious disease specialist. Her present condition is such that she is in risk of losing her right leg. If her condition worsens, it could be life threatening.

Updated letters from the orthopedist and the infectious disease specialist describing the surgical procedures and the complication involved in Ms. McClaflin's medical status and recovery as of June 12, 2018 will be filed with the Court under seal. In addition, the Court will receive photographs of the brace under seal.

Counsel for Ms. McClaflin has contacted Assistant United States Attorney Pegeen Rhyne. Counsel is authorized to represent that the government does not take a position regarding this motion.

WHEREFORE, Ms. McClaflin moves stay the order of self-surrender for 120 days, based upon the attached letters from Dr. Brookmeyer and Dr. Miner. Although

counsel's presence is now in a *pro bono* capacity, counsel would be available for any questions the Court may have concerning the medical importance of a stay.

                                            Respectfully submitted,

                                            *s/ Thomas J. Hammond*
                                            Thomas J. Hammond
                                            Thomas J. Hammond, P.C.
                                            1544 Race Street
                                            Denver, Colorado 80206
                                            303-321-7902
                                            Fax: (303)329-5871
                                            Email: hammondlaw@solucian.com

                                            Attorney for Karen McClaflin

## CERTIFICATE OF SERVICE

      I hereby certify that on June 13, 2018, I electronically filed the foregoing **MOTION TO STAY JUNE 19, 2018 SELF-SURRENDER ORDER** with the Clerk of the Court using the CM/ECF filing system which will send notification of such filing to the appropriate parties.

*s/ Thomas J. Hammond*
Thomas J. Hammond