IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 17-cr-00168-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**KAREN MC CLAFLIN**

    Defendant.

_____

**MOTION TO RESTRICT DOCUMENT #55**
_____

    Karen McClaflin, by and through her attorney, Thomas J. Hammond appearing pro bono, and pursuant to D.C.COLO.LCrR 47.1 moves this Court to grant Level II restricted access to (1) Document #55 , (2) the brief in support of this motion, and (3) any Order revealing the contents of Document #55.  The brief justifying restriction is filed contemporaneously with this request.

                      Respectfully submitted,

                      s/ Thomas J. Hammond
                      Thomas J. Hammond
                      Thomas J. Hammond, P.C.
                      1544 Race Street
                      Denver, Colorado 80206
                      303-321-7902
                      Fax: (303)329-5871
                      Email: hammondlaw@solucian.com

                      Attorney for Karen McClaflin

## CERTIFICATE OF SERVICE

      I hereby certify that on June 13, 2018, I electronically filed the foregoing **MOTION TO RESTRICT DOCUMENT #55** with the Clerk of the Court using the CM/ECF filing system which will send notification of such filing to the appropriate parties.


s/ Thomas J. Hammond
Thomas J. Hammond