APPEAL,TERMED

## U.S. District Court – District of Colorado
### District of Colorado (Denver)
### CRIMINAL DOCKET FOR CASE #: 1:17-cr-00168-CMA-1

| | |
|---|---|
| Case title: USA v. McClaflin | Date Filed: 05/17/2017<br>Date Terminated: 05/14/2018 |

Assigned to: Judge Christine M. Arguello

Appeals court case number: 18-1217 USCA

### Defendant (1)

**Karen Lynn McClaflin**  
*TERMINATED: 05/14/2018*

represented by **Karen Lynn McClaflin**  
15954 Jackson Creek Parkway  
B602  
Monument, CO 80132  
PRO SE

**Thomas James Hammond**  
Thomas J. Hammond, P.C.  
1544 Race Street  
Denver, CO 80206  
303-321-7902  
Fax: 303-329-5871  
Email: hammondlaw@solucian.com  
*ATTORNEY TO BE NOTICED*  
*Designation: Retained*

| **Pending Counts** | **Disposition** |
|---|---|
| 18 U.S.C. § 1343 Wire Fraud (1) | Defendant committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of NINETY-SIX (96) MONTHS to run concurrently to Count 2. Supervised Release of THREE (3) YEARS to run concurrently to Count 2. Special Assessment of $100.00. Restitution of $14,528,206.39. |
| 18 U.S.C. § 1957 Monetary Transaction in property derived from wire fraud (2) | Defendant committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of NINETY-SIX (96) MONTHS to run concurrently to Count 1. Supervised Release of THREE (3) YEARS to run concurrently to Count 1. Special Assessment of $100.00. Restitution of $14,528,206.39. |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| None | |

**Plaintiff**

USA  represented by  **Pegeen Denise Rhyne**
U.S. Attorney's Office–Denver
1801 California Street
Suite 1600
Denver, CO 80202
303–454–0323
Fax: 303–454–0409
Email: pegeen.rhyne@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Federal Agency Attorney*

**Laura Beth Hurd**
U.S. Attorney's Office–Denver
1801 California Street
Suite 1600
Denver, CO 80202
303–454–0135
Fax: 303–454–0402
Email: laura.hurd@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: Federal Agency Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/17/2017 | 1 | INFORMATION as to Karen Lynn McClaflin (1) count(s) 1, 2. (Attachments: # 1 Penalty Sheet) (athom, ) (Entered: 05/17/2017) |
| 05/17/2017 | 2 | NOTICE OF ATTORNEY APPEARANCE: Thomas James Hammond appearing for Karen Lynn McClaflinAttorney Thomas James Hammond added to party Karen Lynn McClaflin(pty:dft) (Hammond, Thomas) (Entered: 05/17/2017) |
| 05/17/2017 | 3 | Personal Recognizance Bond Entered as to Karen Lynn McClaflin (bwilk, ) (Entered: 05/18/2017) |
| 05/17/2017 | 4 | ORDER Setting Conditions of Release by Magistrate Judge Nina Y. Wang on 5/17/17. (bwilk, ) (Entered: 05/18/2017) |
| 05/17/2017 | 5 | COURTROOM MINUTES for Initial Appearance, and Arraignment, as to Karen Lynn McClaflin held on 5/17/2017 before Magistrate Judge Nina Y. Wang. Defendant present on summons. Defendant sworn. Defendant advised. Defendant waives filing of indictment. Waiver tendered to the court. Parties have an informal agreement regarding discovery. Plea of NOT GUILTY entered by defendant. Bond set as to Karen Lynn McClaflin (1) Personal Recognizance. Conditions of bond set. Counsel is directed to chambers. (Total time: 9 minutes, Hearing time: 1:38–1:47)<br><br>**APPEARANCES**: Pegeen Rhyne on behalf of the Government, Thomas Hammond on behalf of the Defendant, Angela Ledesma on behalf of Pretrial. FTR: Courtroom C–204. (bwilk, ) Text Only Entry (Entered: 05/18/2017) |
| 05/17/2017 | 6 | WAIVER of Indictment, by Karen Lynn McClaflin. (nmarb, ) (Entered: 05/19/2017) |
| 05/20/2017 | 7 | NOTICE of Disposition by Karen Lynn McClaflin (Hammond, Thomas) (Entered: 05/20/2017) |
| 05/22/2017 | 8 | ORDER as to Karen Lynn McClaflin: Pursuant to email correspondence between counsel and Chambers staff and the Notice of Disposition 7, a Change of Plea Hearing is set for Defendant on June 21, 2017, at 3:00 PM in Courtroom A602 before Judge Christine M. Arguello. Counsel for the parties shall deliver courtesy copy of the Plea |

| | | |
|---|---|---|
| | | Agreement to Judge Arguello's chambers, via email or fax, no less than 72 hours before the Change of Plea Hearing. If a courtesy copy is not timely submitted, the hearing may be vacated. The original and one copy of the Statement by Defendant in Advance of Change of Plea and Plea Agreement should be delivered to the courtroom deputy in the courtroom at the time of the hearing (D.C.COLO.LCrR 11.1(e)(1)). FURTHER ORDERED that defense counsel who has reviewed and advised Defendant regarding the facts, discovery and plea agreement must attend this Change of Plea Hearing. SO ORDERED BY Judge Christine M. Arguello on 5/22/2017. Text Only Entry (cmasec) (Entered: 05/22/2017) |
| 06/21/2017 | 10 | MINUTE ENTRY for proceedings held before Judge Christine M. Arguello: Change of Plea Hearing as to Karen Lynn McClaflin held on 6/21/2017. Plea entered by Defendant; Guilty as to Counts 1 and 2 of the Information. Sentencing set for 01/17/2018 at 9:00 a.m. in Courtroom A602 before Judge Christine M. Arguello. ORDERED: Counsel shall file either a Stipulation as to loss amount and restitution amount, and enhancements or simultaneous Sentencing Statements by 09/29/2017. All other dates are vacated and any pending motions are denied as moot. The US Probation Office shall prepare a Presentence Report. Counsel shall file their sentencing positions and all motions at least 14 days before the sentencing date; responses or objections shall be filed no later than seven days before the sentencing date. Failure to timely file these pleadings may result in a continuance of the sentencing date. Defendant present on bond; bond continued. (Total time: 47 Minutes, Hearing time: 3:02 p.m. -- 3:49 p.m.)<br><br>**APPEARANCES**: Pegeen Rhyne on behalf of the Government; Thomas Hammond on behalf of the Defendant. Court Reporter: Darlene Martinez. (swest) Text Only Entry (Entered: 06/21/2017) |
| 06/21/2017 | 11 | PLEA AGREEMENT as to Defendant Karen Lynn McClaflin. (swest) (Entered: 06/21/2017) |
| 06/21/2017 | 12 | STATEMENT IN ADVANCE OF PLEA OF GUILTY by Defendant Karen Lynn McClaflin. (swest) (Entered: 06/21/2017) |
| 09/01/2017 | 13 | Joint MOTION to Continue *DEADLINE FOR SENTENCING FILINGS AND SENTENCING HEARING* by USA as to Karen Lynn McClaflin. (Rhyne, Pegeen) (Entered: 09/01/2017) |
| 09/11/2017 | 14 | ORDER granting 13 Motion to Continue as to Karen Lynn McClaflin (1). Pursuant to email correspondence between counsel and Chambers staff, Sentencing set for 1/17/2018 is VACATED and RESET to 3/14/2018, at 11:00 AM in Courtroom A 602 before Judge Christine M. Arguello. FURTHER ORDERED that Sentencing Statements or a stipulation regarding loss and restitution is due 12/1/2017. SO ORDERED by Judge Christine M. Arguello on 9/11/2017. Text Only Entry (cmasec) (Entered: 09/11/2017) |
| 12/01/2017 | 15 | STIPULATION *Regarding Loss and Restitution* by USA as to Karen Lynn McClaflin (Rhyne, Pegeen) (Entered: 12/01/2017) |
| 02/07/2018 | 16 | RESTRICTED PRESENTENCE REPORT first disclosure for attorney review as to Karen Lynn McClaflin (Attachments: # 1 Exhibit B, # 2 Exhibit C, # 3 Exhibit D, # 4 Exhibit E, # 5 Exhibit F, Part I, # 6 Exhibit F, Part II, # 7 Exhibit G)(chanl) (Entered: 02/07/2018) |
| 02/14/2018 | 17 | OBJECTION/RESPONSE to Presentence Report 16 by USA as to Karen Lynn McClaflin (Rhyne, Pegeen) (Entered: 02/14/2018) |
| 02/21/2018 | 18 | OBJECTION/RESPONSE to Presentence Report by Karen Lynn McClaflin (Hammond, Thomas) (Entered: 02/21/2018) |
| 02/23/2018 | 19 | MOTION for Decrease for Acceptance of Responsibility by USA as to Karen Lynn McClaflin. (Rhyne, Pegeen) (Entered: 02/23/2018) |
| 02/23/2018 | 20 | MOTION for Order *for a Variant Sentence of 65 Months of Incarceration* by USA as to Karen Lynn McClaflin. (Rhyne, Pegeen) (Entered: 02/23/2018) |
| 03/05/2018 | 21 | RESTRICTED PRESENTENCE REPORT as to Karen Lynn McClaflin (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, |

|  |  |  |
|---|---|---|
|  |  | Part I, # 7 Exhibit F, Part II, # 8 Exhibit G)(chanl) (Entered: 03/05/2018) |
| 03/05/2018 | 22 | RESTRICTED ADDENDUM to Presentence Report 21 as to Karen Lynn McClaflin (Attachments: # 1 Exhibit A)(chanl) (Entered: 03/05/2018) |
| 03/05/2018 | 23 | Unopposed MOTION to Continue *Sentencing* by Karen Lynn McClaflin. (Hammond, Thomas) (Entered: 03/05/2018) |
| 03/05/2018 | 24 | MOTION for Leave to Restrict by Karen Lynn McClaflin. (Hammond, Thomas) (Entered: 03/05/2018) |
| 03/05/2018 | 25 | RESTRICTED DOCUMENT – Level 2: as to Karen Lynn McClaflin. (Hammond, Thomas) (Entered: 03/05/2018) |
| 03/05/2018 | 26 | RESTRICTED DOCUMENT – Level 2: as to Karen Lynn McClaflin. (Hammond, Thomas) (Entered: 03/05/2018) |
| 03/06/2018 | 27 | ORDER granting 23 Motion to Continue as to Karen Lynn McClaflin (1). Pursuant to email correspondence between counsel and Chambers staff, Sentencing set for 3/14/2018 is VACATED and RESET to 5/10/2018, at 11:00 AM in Courtroom A 602 before Judge Christine M. Arguello. SO ORDERED by Judge Christine M. Arguello on 3/6/2018. Text Only Entry (cmasec) (Entered: 03/06/2018) |
| 03/09/2018 | 28 | ORDER granting 24 Motion for Leave to Restrict. Docs. 25 and 26, all exhibits attached thereto, and any orders that may reveal the contents of these documents shall have a Level 2 Restriction. SO ORDERED by Judge Christine M. Arguello on 3/9/2018. Text Only Entry (cmasec) (Entered: 03/09/2018) |
| 04/24/2018 | 29 | NOTICE OF ATTORNEY APPEARANCE Laura Beth Hurd appearing for USA. Attorney Laura Beth Hurd added to party USA(pty:pla) (Hurd, Laura) (Entered: 04/24/2018) |
| 04/24/2018 | 30 | MOTION for Forfeiture of Property *FOR PRELIMINARY ORDER OF FORFEITURE FOR A PERSONAL MONEY JUDGMENT* by USA as to Karen Lynn McClaflin. (Attachments: # 1 Proposed Order (PDF Only))(Hurd, Laura) (Entered: 04/24/2018) |
| 04/25/2018 | 31 | ADVISORY NOTICE OF NONCOMPLIANCE WITH COURT RULES/PROCEDURES: re: 30 MOTION for Forfeiture of Property *FOR PRELIMINARY ORDER OF FORFEITURE FOR A PERSONAL MONEY JUDGMENT* filed by attorney Laura Beth Hurd. The format for the attorneys signature block information is not correct – the signature block does not contain the updated contact information. **DO NOT REFILE THE DOCUMENT. Action to take** – future documents must be filed pursuant to D.C.COLO.LCr49.1(a) and 4.3(d) of the Electronic Case Filing Procedures (Criminal Cases). (Text Only Entry) (athom, ) (Entered: 04/25/2018) |
| 04/25/2018 | 32 | PRELIMINARY ORDER OF FORFEITURE FOR A PERSONAL MONEY JUDGMENTAGAINST DEFENDANT KAREN LYNN MCCLAFLIN as to Karen Lynn McClaflin. By Judge Christine M. Arguello on 04/25/2018. (athom, ) (Entered: 04/25/2018) |
| 05/04/2018 | 33 | MOTION to Continue *May 10, 2018 Sentencing Hearing* by Karen Lynn McClaflin. (Hammond, Thomas) (Entered: 05/04/2018) |
| 05/04/2018 | 34 | MOTION for Leave to Restrict by Karen Lynn McClaflin. (Hammond, Thomas) (Entered: 05/04/2018) |
| 05/04/2018 | 35 | RESTRICTED DOCUMENT – Level 2: as to Karen Lynn McClaflin. (Hammond, Thomas) (Entered: 05/04/2018) |
| 05/04/2018 | 36 | RESTRICTED DOCUMENT – Level 2: as to Karen Lynn McClaflin. (Attachments: # 1 Continuation of Main Document)(Hammond, Thomas) (Entered: 05/04/2018) |
| 05/07/2018 | 37 | ORDER denying 33 Motion to Continue Sentencing. The Court notes that sentencing has been delayed for almost a year and that Defendant does not allege, nor does any evidence support, that Defendant requires a major procedure in the imminent future. SO ORDERED by Judge Christine M. Arguello on 5/7/2018. Text Only Entry (cmasec) (Entered: 05/07/2018) |

| | | |
|---|---|---|
| 05/09/2018 | 38 | ORDER granting 34 Motion for Leave to Restrict. Docs. ## 35 and 36, all exhibits attached thereto, and any orders that may reveal the contents of these documents shall have a Level 2 Restriction. SO ORDERED by Judge Christine M. Arguello on 5/9/2018. Text Only Entry (cmasec) (Entered: 05/09/2018) |
| 05/10/2018 | 39 | MINUTE ENTRY for proceedings held before Judge Christine M. Arguello: Sentencing held on 5/10/2018 as to Defendant Karen Lynn McClaflin. Statements by David Tinkle, Dean Sims, Richard Jackson, Paula Greco, Jeffrey Koch, Donna Klimas, and Cynthia Lynn Henson. WITNESSES SWORN AND TESTIFIED: Melissa Tweet; James Barash. EXHIBITS RECEIVED: 1, 2. ORDERED: GRANTING 19 Government's Motion for Decrease for Acceptance of Responsibility; DENYING 20 Government's Motion for Order for a Variant Sentence. FURTHER ORDERED: Counsel for the parties shall retain custody of their respective exhibits until such time as all need for the exhibits has terminated and the time to appeal has expired or all appellate proceedings have been terminated plus sixty days. Defendant sentenced as reflected on the record. Defendant present on bond; Defendant's bond is exonerated at the time of voluntary surrender to the institution designated by the Bureau of Prisons. (Total time: 2 Hours, 35 Minutes, Hearing time: 11:04 a.m. — 1:51 p.m.)<br><br>**APPEARANCES**: Pegeen Rhyne and Laura Hurd on behalf of the Government; Thomas Hammond on behalf of the Defendant; Michelle Means on behalf of Probation. ALSO PRESENT: IRS Special Agent Melissa Tweet; Matthew Werner. Court Reporter: Darlene Martinez. (swest) Text Only Entry (Entered: 05/10/2018) |
| 05/14/2018 | 40 | AMENDED by Doc. 52 -- JUDGMENT as to defendant Karen Lynn McClaflin (1): Defendant committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of NINETY−SIX (96) MONTHS as to each Count, to run concurrently. Supervised Release of THREE (3) YEARS, as to each Count, to run concurrently. Total Special Assessment of $200.00. Restitution of $14,528,206.39. SO ORDERED by Judge Christine M. Arguello on 5/14/2018. (cmasec) Modified on 6/11/2018 (cmasec). (Entered: 05/14/2018) |
| 05/14/2018 | 41 | STATEMENT OF REASONS as to Karen Lynn McClaflin. (cmasec) (Entered: 05/14/2018) |
| 05/17/2018 | 42 | NOTICE OF APPEAL re 40 Judgment, by Karen Lynn McClaflin. (Attachments: # 1 Envelope) (athom, ) (Entered: 05/18/2018) |
| 05/18/2018 | 43 | LETTER Transmitting Notice of Appeal to all counsel advising of the transmittal of the 42 Notice of Appeal as to Karen Lynn McClaflin to the U.S. Court of Appeals. (Pro Se, Fee not paid and 1915 motion not filed,) (Attachments: # 1 Docket Sheet, # 2 Preliminary Record) (athom, ) (Entered: 05/18/2018) |
| 05/18/2018 | 44 | USCA Case Number 18−1217 as to Karen Lynn McClaflin for 42 Notice of Appeal filed by Karen Lynn McClaflin. (athom, ) (Entered: 05/18/2018) |
| 05/22/2018 | 45 | MOTION to Proceed in Forma Pauperis *and for Appointment of Counsel Pursuant to the Criminal Justice Act* by Karen Lynn McClaflin. (Hammond, Thomas) (Entered: 05/22/2018) |
| 05/22/2018 | 46 | CJA 23 Financial Affidavit by Karen Lynn McClaflin. (Hammond, Thomas) (Entered: 05/22/2018) |
| 05/24/2018 | 47 | TRANSCRIPT of Sentencing Hearing as to Karen Lynn McClaflin held on 5/10/18 before Judge Arguello. Pages: 1−112. <br><br> **NOTICE − REDACTION OF TRANSCRIPTS: Within seven calendar days of this filing, each party shall inform the Court, by filing a Notice of Intent to Redact, of the party's intent to redact personal identifiers from the electronic transcript of the court proceeding. If a Notice of Intent to Redact is not filed within the allotted time, this transcript will be made electronically available after 90 days. Please see the Notice of Electronic Availability of Transcripts document at www.cod.uscourts.gov.<br><br>** Transcript may only be viewed at the court public terminal or purchased through the Court Reporter/Transcriber prior to the 90 day deadline for electronic posting on PACER. (dmart, ) (Entered: 05/24/2018) |
| 06/01/2018 | 48 | ORDER to Surrender as to Karen Lynn McClaflin; Defendant to surrender to Federal Correctional Institution Satellite Camp, Phoenix, AZ, on 06/19/2018, by 12:00 Noon, and will travel at her own expense. By Judge Christine M. Arguello on 06/01/2018. |

| | | |
|---|---|---|
| | | (athom, ) (Entered: 06/01/2018) |
| 06/01/2018 | 49 | ORDER of USCA as to Karen Lynn McClaflin re 42 Notice of Appeal. The motion to withdraw is taken under advisement and this appeal is abated pending further order of the court. Until the district court determines that Appellant is financially eligible for appointed counsel, this court cannot appoint counsel to represent Appellant in this appeal. (USCA Case No. 18−1217) (athom, ) (Entered: 06/01/2018) |
| 06/05/2018 | 50 | ORDER Granting 45 Motion to Proceed In Forma Pauperis on Appeal and for Appointment of Counsel Pursuant to the Criminal Justice Act 18 U.S.C. § 3006A re 42 Notice of Appeal as to Karen Lynn McClaflin. By Judge Christine M. Arguello on 06/05/2018. (athom, ) (Entered: 06/05/2018) |
| 06/07/2018 | 51 | ORDER of USCA granting Mr. Hammond's motion to withdraw as attorney, and appoints attorney Ann Marie Taliaferro to represent appellant as to Karen Lynn McClaflin re 42 Notice of Appeal. The abatement of this appeal is lifted. (USCA Case No. 18−1217) (athom, ) (Entered: 06/07/2018) |
| 06/11/2018 | 52 | AMENDED JUDGMENT as to defendant Karen Lynn McClaflin (1): Defendant committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of NINETY−SIX (96) MONTHS as to each Count, to run concurrently. Supervised Release of THREE (3) YEARS, as to each Count, to run concurrently. Total Special Assessment of $200.00. Restitution of $14,528,206.39. SO ORDERED by Judge Christine M. Arguello on 6/11/2018. (cmasec) (Entered: 06/11/2018) |
| 06/13/2018 | 53 | MOTION for Stay of Self Surrender Order by Karen Lynn McClaflin. (Hammond, Thomas) (Entered: 06/13/2018) |
| 06/13/2018 | 54 | MOTION for Leave to Restrict by Karen Lynn McClaflin. (Hammond, Thomas) (Entered: 06/13/2018) |
| 06/13/2018 | 55 | RESTRICTED DOCUMENT − Level 2: as to Karen Lynn McClaflin. (Attachments: # 1 Continuation of Main Document, # 2 Continuation of Main Document, # 3 Continuation of Main Document, # 4 Continuation of Main Document, # 5 Continuation of Main Document, # 6 Continuation of Main Document, # 7 Continuation of Main Document, # 8 Continuation of Main Document, # 9 Continuation of Main Document, # 10 Continuation of Main Document, # 11 Continuation of Main Document)(Hammond, Thomas) (Entered: 06/13/2018) |
| 06/14/2018 | 56 | ORDER granting 53 Defendant's Motion for Stay as to Karen Lynn McClaflin (1). Defendant's self−surrender date of 6/19/2018 is stayed for 120 days. The Court FURTHER ORDERS that Defendant shall self−surrender on or before 10/17/2018, at noon, at the facility designated by the BOP. No further extensions will be given, absent an emergency substantiated by the in−court testimony of her doctors. To the extent another continuance is requested, it must be filed at least 14 days before the self−surrender date so that a hearing can be held. SO ORDERED by Judge Christine M. Arguello on 6/14/2018. Text Only Entry (cmasec) (Entered: 06/14/2018) |