IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 17-cr-00168-CMA

UNITED STATES OF AMERICA,

       Plaintiff,

v.

**KAREN MC CLAFLIN**

       Defendant.
_____

### MOTION TO RESTRICT DOCUMENT #64 and #65
_____

Karen McClaflin, by and through her attorney, Thomas J. Hammond (*appearing pro bono*), and pursuant to D.C.COLO.LCrR 47.1 moves this Court to grant Level II restricted access to (1) Document #64 , (2) the brief in support of this motion (Doc.# 65), and (3) any Order revealing the contents of Document #64 and #65.  The brief justifying restriction is filed contemporaneously with this request.

                              Respectfully submitted,

                              *s/ Thomas J. Hammond*
                              Thomas J. Hammond
                              Thomas J. Hammond, P.C.
                              1544 Race Street
                              Denver, Colorado 80206
                              303-321-7902
                              Fax: (303)329-5871
                              Email: hammondlaw@solucian.com

                              Attorney for Karen McClaflin

## CERTIFICATE OF SERVICE

      I hereby certify that on October 4, 2018, I electronically filed the foregoing **MOTION TO RESTRICT DOCUMENT #64 and #65** with the Clerk of the Court using the CM/ECF filing system which will send notification of such filing to the appropriate parties.


*s/ Thomas J. Hammond*
Thomas J. Hammond