IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 17-cr-00168-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    KAREN LYNN MCCLAFLIN,

    Defendant.

## GOVERNMENT'S MOTION TO RESTRICT

The United States of America, by and through the undersigned Assistant United States Attorney for the District of Colorado, respectfully moves to restrict the brief filed in support of this motion, and the Government's Report Regarding the Bureau of Prison's Ability to Care for the Defendant's Medical Issues [Doc. 68], for the reasons stated in the brief filed in support of this motion. The United States requests a "Level 2" Restriction which would make the attachments and the brief filed in support of this motion, "viewable by selected parties & Court" only.

    Respectfully submitted this 31st day of October, 2018.

    JASON R. DUNN
    United States Attorney

    By: *s/Pegeen D. Rhyne*
    PEGEEN D. RHYNE
    Assistant U.S. Attorneys
    United States Attorney's Office
    1801 California Street, Suite 1600
    Denver, Colorado 80202
    (303) 454-0100
    (303) 454-0409 (fax)
    Pegeen.Rhyne@usdoj.gov
    Attorney for Government

## CERTIFICATE OF SERVICE

      I hereby certify that on October 31, 2018, I electronically filed the foregoing **MOTION TO RESTRICT** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record.

                                    *s/ Dee Boucher*
                                    United States Attorney's Office