IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 17-cr-00168-CMA

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.    KAREN LYNN MCCLAFLIN,

       Defendant.
_____

## ORDER TO RESTRICT
_____

This matter is before the Court on the Government's Motion to Restrict the Government's Report Regarding the Bureau of Prison's Ability to Care for the Defendant's Medical Issues, its attachment [Doc. 68] and Brief.  Upon consideration and for good cause shown,

IT IS ORDERED that said documents and the United States' Brief in Support of Motion to Restrict, are hereby restricted until further order by the Court.

IT IS ORDERED that said the Government's Report Regarding the Bureau of Prison's Ability to Care for the Defendant's Medical Issues, its attachment [Doc. 68] and the United States' Brief in Support of Motion to Restrict, are hereby at a "Level 2 Restriction" and will be "viewable by selected parties & court" only.

IT IS SO ORDERED on this ____ day of _____, 2018.

 

                                                                                 _____
                                                                                 HON. CHRISTINE M. ARGUELLO
                                                                                 UNITED STATES DISTRICT COURT
                                                                                 DISTRICT OF COLORADO