IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 17-cr-00168-CMA

UNITED STATES OF AMERICA,

        Plaintiff,

v.

**1.   KAREN MCCLAFLIN,**

        Defendant.

_____

**MOTION FOR FORTHWITH APPOINTMENT OF COUNSEL PURSUANT TO THE CRIMINAL JUSTICE ACT 18 U.S.C. §3006A**
_____

        Thomas J. Hammond, currently appearing *pro bono* on behalf of Ms. McClaflin, moves this Court for a forthwith order to be appointed as counsel for the January 14, 2019 hearing. In support of this motion, Ms. McClaflin states the following:

        1.    Undersigned counsel has appeared *pro bono*, on behalf of Ms. McClaflin since May 17, 2018.

        2.    On June 5, 2018, this Court accepted Ms. McClaflin's Motion to Proceed in Forma Pauperis (Doc. #45) and her CJA Financial Affidavit (Doc. 46), and appointed counsel to represent Ms. McClaflin for purposes of appeal.

        3.    Undersigned counsel can not continue to represent Ms. McClaflin *pro bono.* The Court has ordered an evidentiary hearing in which Ms. McClaflin has the burden to provide in-court testimony from her doctors (Doc. #56). Counsel has received information that at least one doctor intends to bill counsel $500.00 per hour for travel and in-court testimony. Counsel cannot cover the cost of service of subpoenas let

alone the cost of in-court testimony.

4.  Since November 28, 2018, counsel has been in his office on an extremely limited basis due to personal family medical issues and has not been able to address the motion for court appointment until now.

WHEREFORE, undersigned counsel moves to be court appointed forthwith to represent Ms. McClaflin, pursuant to the standards set forth in the Criminal Justice Act, 18 U.S.C. § 3006A.

> Respectfully submitted,
>
> s/ Thomas J. Hammond
> Thomas J. Hammond
> Thomas J. Hammond, P.C.
> 1544 Race Street
> Denver, Colorado 80206
> 303-321-7902
> Fax: (303)329-5871
> Email: hammondlaw@solucian.com
>
> Attorney for Karen McClaflin

## CERTIFICATE OF SERVICE

I hereby certify that on December 28, 2018, I electronically filed the foregoing **MOTION FOR FORTHWITH APPOINTMENT OF COUNSEL PURSUANT TO THE CRIMINAL JUSTICE ACT 18 U.S.C. §3006A** with the Clerk of the Court using the CM/ECF filing system which will send notification of such filing to the appropriate parties.

s/ Thomas J. Hammond
Thomas J. Hammond