IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 17-cr-00168-CMA

UNITED STATES OF AMERICA,

       Plaintiff,

v.

**KAREN MCCLAFLIN**

       Defendant.
_____

## ENTRY OF APPEARANCE
_____

Thomas J. Hammond, duly licensed to practice in the United States District Court for the District of Colorado, enters his appearance as counsel for Ms. McClaflin in the above captioned case, pursuant to the Criminal Justice Act, 18 U.S.C. §3006A.

       Respectfully submitted,

       *s/ Thomas J. Hammond*
       Thomas J. Hammond
       Thomas J. Hammond, P.C.
       1544 Race Street
       Denver, Colorado 80206
       303-321-7902
       Fax: (303)329-5871
       Email: hammondlaw@solucian.com

       Attorney for Karen McClaflin

**CERTIFICATE OF SERVICE**

      I hereby certify that on January 7, 2019, I electronically filed the foregoing **ENTRY OF APPEARANCE** with the Clerk of the Court using the CM/ECF filing system which will send notification of such filing to the appropriate parties.


*s/ Thomas J. Hammond*
Thomas J. Hammond