AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
District of Colorado

| United States of America | ) | | |
|---|---|---|---|
| v. | ) | | |
| KAREN MCCLAFLIN | ) | Case No. | 18-cr-00168-CMA |
| | ) | | |
| *Defendant* | ) | | |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:

Peter Brookmeyer, MD, Infectious Disease Specialists, 3230 Woodmen Road, Suite 210, Colorado Springs, CO 80920

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: Alfred A. Arraj Courthouse 901 19th Street, Denver, CO 80294 | Courtroom No.: A 602 |
|---|---|
| | Date and Time: January 14, 2019, 2:00 p.m. |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

(SEAL)

Date: 1/3/19

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

RECEIVED 2019 JAN -8 P 12: 05 U.S. MARSHALS SERVICE DISTRICT OF COLORADO

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* _____ Karen McClaflin _____, who requests this subpoena, are:

Thomas J. Hammond
1544 Race Street
Denver, CO 80206

(303)321-7902
hammondlaw@solucian.com

JD1 5

AO 89 (Rev 01/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No. 18-CR-00168-CMA

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2019 JAN -9 PM 2:55

JEFFREY P. COLWELL
CLERK

BY_____ DEP. CLK

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)* Peter Brookmeyer was received by me on *(date)* 01/08/2019.

☒ I served the subpoena by delivering a copy to the named person as follows: Randi Ropp, Practice Administrator

on *(date)* 01/09/2019   ; or

☐ I returned the subpoena unexecuted because:

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$

My fees are $ 12.30  for travel and $ 65.00  for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 01/09/2019

*Server's signature*

Michael E. Youngblood, Deputy US Marshal

*Printed name and title*

212 N. Wahsatch, Colorado Springs, CO 80903

*Server's address*

Additional information regarding attempted service, etc:
Time: 1 Hour: 65.00
Mileage: 2(10.6 x 0.58) = 12.30
Total: 65.00 + 12.30 = 77.30

Time Served: 10:45 AM.