IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 17-cr-00168-CMA

UNITED STATES OF AMERICA,

        Plaintiff,

v.

**KAREN MC CLAFLIN**

        Defendant.

_____

## MOTION TO RESTRICT DOCUMENT #88 and #89
_____

Karen McClaflin, by and through her attorney, Thomas J. Hammond, and pursuant to D.C.COLO.LCrR 47.1 moves this Court to grant Level II restricted access to (1) Document #89 the Status Report, (2) the brief in support of this motion (Doc.#88), and (3) any Order revealing the contents of Document #88 and #89. The brief justifying restriction is filed contemporaneously with this request.

                                                  Respectfully submitted,

                                              *s/ Thomas J. Hammond*
                                              Thomas J. Hammond
                                              Thomas J. Hammond, P.C.
                                              1544 Race Street
                                              Denver, Colorado 80206
                                              303-321-7902
                                              Fax: (303)329-5871
                                              Email: hammondlaw@solucian.com

                                              Attorney for Karen McClaflin

## CERTIFICATE OF SERVICE

      I hereby certify that on March 13, 2019, I electronically filed the foregoing **MOTION TO RESTRICT DOCUMENT #88 and #89** with the Clerk of the Court using the CM/ECF filing system which will send notification of such filing to the appropriate parties.

*s/ Thomas J. Hammond*
Thomas J. Hammond