IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 1:17-cr-00168-CMA-1

UNITED STATES OF AMERICA,

    Plaintiff,

v.

KAREN LYNN MCCLAFLIN,

    Defendant.

**ORDER TO SURRENDER IN LIEU OF
TRANSPORTATION BY THE UNITED STATES MARSHAL**

    IT IS ORDERED that Defendant, KAREN LYNN MCCLAFLIN having been sentenced in the above-named case to the custody of the Bureau of Prisons, is to surrender herself by reporting to the Warden, FMC Carsell, J St. Bldg. 3000, Fort Worth, Texas, on March 26, 2019, by 12:00 Noon, and will travel at her own expense.

DATED: March 19, 2019

                      BY THE COURT:

                      _____
                      CHRISTINE M. ARGUELLO
                      United States District Judge