IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  17-cr-00168-CMA

UNITED STATES OF AMERICA,

        Plaintiff,

v.

**KAREN MC CLAFLIN**

        Defendant.
_____

**MOTION FOR EXTENSION TIME TO PROVIDE REPORTS AND RECORDS AND TO CONTINUE THE SELF-SURRENDER ORDER UNTIL MEDICAL RECORDS HAVE BEEN RECEIVED AND REVIEWED BY THE COURT**
_____

Karen McClaflin, through counsel, Thomas J. Hammond, moves for an extension of time in which to file a written report from Ms. McClaflin's orthopedic surgeon by noon today, Friday, March 22, 2019, and for an extension of time to self-surrender to FMC Carswell until counsel and the Court have received and reviewed the medical records. In support of this motion, counsel states the following:

The most recent motion to stay execution of Ms. McClaflin's order to self-surrender to FMC Carswell was written on March 18, 2019 and filed at approximately 3:26 p.m.

A letter from the orthopedic surgeon's physician assistant confirming the infection and surgical procedure was filed on Tuesday, March 19, 2019, at approximately 6:34 a.m.  Approximately one hour later, counsel drove to Arapahoe County Colorado district court to begin the trial that was mentioned in the motion for the stay.  The trial adjorned

1

for the week on Thursday, March 21, 2019, after a number of twists and turns that required additional work. Trial will conclude Monday, March 25, 2019.

Counsel informed the Court in the motion for the stay that given his trial schedule, it would be very difficult to obtain medical records while he was in trial. Counsel is attempting to obtain the medical records at this moment, but is fully aware that obtaining medical records of surgical procedures roughly 72 hours after the procedure is virtually impossible.

The Court granted the stay of the self-surrender order on March 19, 2019, at 8:35 a.m. However, counsel was already in trial by that time. Counsel was unable to contact the doctor's office as it was closed during the time that counsel was not in trial.

Counsel just got to his 2:15 appointment and, while waiting, tried to contact the doctor's office to attempt to get an electronic version of the medical records that could be transmitted to counsel, and learned that the doctor's office closed at 2:00 this afternoon.

This Court has entered a number of order granting stays of the original self-surrender order due to Ms. McClaflin's serious medical complications, the most important of which is the complex infection in her hip that involves massive intravenous injections of antibiotics after surgery during a period of observation, usually lasting several weeks, to determine whether or not the antibiotics have successfully killed the bacteria.

At this time, counsel does not have sufficient information to determine if Ms. McClaflin can safely travel to Carswell, Texas, let alone survive the initial process of incarceration.

WHEREFORE, Ms. McClaflin moves for a one to two week extension of time in which to file a written report from her orthopedic surgeon, and for an extension of time to self-surrender to FMC Carswell until counsel and the Court have received and reviewed the medical records.

        Respectfully submitted,

        s/ Thomas J. Hammond
        Thomas J. Hammond
        Thomas J. Hammond, P.C.
        1544 Race Street
        Denver, Colorado 80206
        303-321-7902
        Fax: (303)329-5871
        Email: hammondlaw@solucian.com

        Attorney for Karen McClaflin

## CERTIFICATE OF SERVICE

I hereby certify that on March 22, 2018, I electronically filed the foregoing **MOTION FOR EXTENSION TIME TO PROVIDE REPORTS AND RECORDS AND TO CONTINUE THE SELF-SURRENDER ORDER UNTIL MEDICAL RECORDS HAVE BEEN RECEIVED AND REVIEWED BY THE COURT** with the Clerk of the Court using the CM/ECF filing system which will send notification of such filing to the appropriate parties.

s/ Thomas J. Hammond
Thomas J. Hammond