IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  17-cr-00168-CMA

UNITED STATES OF AMERICA,

       Plaintiff,

v.

KAREN MC CLAFLIN,

       Defendant.
_____

### EMERGENCY MOTION TO STAY MAY 14, 2019 SELF-SURRENDER ORDER
_____

       Karen McClaflin, though counsel, moves to moves for a stay of execution of the self-surrender order.  Given, Ms. McClaflin's documented history of medical intervention and need for multi-week intravenous antibiotic injections from a PICC line, Ms. McClaflin moves to stay the April 9, 2019 self surrender order for at least three to four weeks. In support of this motion, Ms. McClaflin states the following:

       Ms. McClaflin has been ordered to surrender to the Federal Medical Center in Carswell, Texas, on May 14, 2019.

       The Court has been apprised of Ms. McClaflin's ongoing medical issues for at least the last year.  The most threatening issue continues to be the deep infection or infections that Ms. McClaflin has experienced which have caused surgeries to remove all remaining prosthetic devices from her hip leaving nothing to connect her thigh to her hip other than an exterior brace, and the recurring return of the deep tissue infection that requires a combination of antibiotics to be administered intravenously.

1

Counsel for Ms. McClaflin received another email for Ms. McClaflin's friend and at least part-time caretaker, Jessica Wulf.  On May 8, 2019, Ms. Wulf stated that essentially Ms. McClaflin's condition has not changed except that stitches have been removed and that the IV antibiotics should be ending sometime in the next two weeks. Ms. McClaflin has lost some more weight and continues to live with extreme pain.

Counsel has not received medical updates from Ms. McClaflin's doctors.  Ms. Wulf appears to be in the process of obtaining the necessary medical records updates and counsel will forward Ms. Wulf's May 8, 2019 email as a confidential medical record. The most recent description from Ms. Wulf suggests that Ms. McClaflin remains in the same position she has been in since approximately May, 2018, with only slight improvement such that the stitches have been removed.  The deep tissue infection due to a combination a complex bacteria that continue to ravage her hip and threaten to spread continues to be treated with antibiotics through a PICC line to deliver very strong antibiotics which, while necessary to fight the infection, also have a damaging effect on her body.

Counsel believes that it is necessary to inform the Court that this motion is being drafted from Spain.  This vacation was planned over six months ago and counsel had no way of knowing that Ms. McClaflin's condition would continue in such a manner as to be extremely serious to the point of possibly being life threatening if she were to self-surrender to the FMC Carswell.  Counsel had hoped to provide the updated medical records before leaving the country, but at least the Court will have Ms. Wulf's description which has been sent separately to AUSA Pegeen Rhyne.  Counsel did exchange emails with Ms. Rhyne but does not know her position regarding this motion.

2

Counsel would like to receive the most up to date medical records and provide them to the Court and the government upon returning to Colorado on May 26, 2019.

WHEREFORE, Ms. McClaflin moves stay the order of self-surrender for at least three to four weeks to allow sufficient time to obtain updated medical records from Dr. Miner and Dr. Brookmeyer, and to determine her current medical status and prognosis for the immediate future.

Respectfully submitted,

*s/ Thomas J. Hammond*
Thomas J. Hammond
Thomas J. Hammond, P.C.
1544 Race Street
Denver, Colorado 80206
303-321-7902
Fax: (303)329-5871
Email: hammondlaw@solucian.com

Attorney for Karen McClaflin

## CERTIFICATE OF SERVICE

I hereby certify that May 12, 2019,  I electronically filed  the foregoing **EMERGENCY MOTION TO STAY MAY 14, 2019 SELF-SURRENDER ORDER** with the Clerk of the Court using the CM/ECF filing system which will send notification of such filing to the appropriate parties.

*s/ Thomas J. Hammond*
Thomas J. Hammond