# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Christine M. Arguello

Criminal Action No. 1:17-cr-00168-CMA-1

UNITED STATES OF AMERICA,

    Plaintiff,

v.

KAREN LYNN MCCLAFLIN,

    Defendant.

---

## ORDER TO SURRENDER IN LIEU OF
## TRANSPORTATION BY THE UNITED STATES MARSHAL

---

IT IS ORDERED that the Defendant, Karen Lynn McClaflin, having been sentenced in the above-named case to the custody of the Bureau of Prisons, is to surrender herself by reporting to the Warden at FMC Carsell, J St. Bldg. 3000 in Fort Worth, Texas, on June 11, 2019, by 12:00 Noon, and will travel at her own expense.

DATED: May 13, 2019

                         BY THE COURT:

                         _____
                         CHRISTINE M. ARGUELLO
                         United States District Judge