UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

_____

FILED
United States Court of Appeals
Tenth Circuit

September 20, 2019

Elisabeth A. Shumaker
Clerk of Court

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff - Appellee, | |
| v. | No. 18-1217 |
| KAREN LYNN MCCLAFLIN, | (D.C. No. 1:17-CR-00168-CMA-1) (D. Colo.) |
| Defendant - Appellant. | |

_____

**JUDGMENT**

_____

Before **MATHESON**, **SEYMOUR**, and **BACHARACH**, Circuit Judges.

_____

This case originated in the District of Colorado and was argued by counsel.

The judgment of that court is affirmed.

If defendant, Karen Lynn McClaflin, was released pending appeal, the court orders that, within 30 days of this court's mandate being filed in District Court, the defendant shall surrender to the United States Marshal for the District of Colorado. The District Court may, however, in its discretion, permit the defendant to surrender directly to a designated Bureau of Prisons institution for service of sentence.

Entered for the Court

*Elisabeth A. Shumaker*

ELISABETH A. SHUMAKER, Clerk