## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Criminal Case No. 17-cr-00168-CMA-1

UNITED STATES OF AMERICA,

    Plaintiff,

v.

KAREN LYNN McCLAFLIN,
    Defendants.

_____

## ENTRY OF APPEARANCE
_____

    I, Nathan Chambers, hereby certify that I am a member in good standing of the bar of this court and I enter my appearance as counsel of record for Karen McClaflin and request that all future documents, pleadings, notices and other matters be directed to the address and telephone number set forth below.

    This Entry of Appearance is made pursuant to District Court General Order 2020-7.

DATED:  June 10, 2020.        Respectfully submitted,

                                      NATHAN D. CHAMBERS LLC
                                      By:   s/Nathan D. Chambers
                                      Nathan D. Chambers
                                      303 16th Street, Suite 200
                                      Denver, Colorado  80202
                                      (303) 825-2222

-2-

CERTIFICATE OF SERVICE

    I hereby certify that on June 10, 2020, I presented the foregoing to the Clerk of the Court for filing and uploading to the CM/ECF system which will send notification of such filing to counsel of record.

By:   s/Nathan D. Chambers
Nathan D. Chambers
303 16th Street, Suite 200
Denver, Colorado 80202
(303) 825-2222