IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 17-cr-00168-CMA

UNITED STATES OF AMERICA,

    Plaintiff, v.

1. KAREN MCCAFLIN,

    Defendant.

## GOVERNMENT'S MOTION TO RESTRICT DOCUMENT

The United States of America, by and through United States Attorney Jason R. Dunn, and the undersigned Assistant United States Attorney, respectfully moves to restrict Exhibit 3 of its **RESPONSE TO DEFENDANT'S MOTION FOR COMPASSIONATE RELEASE OR HOME CONFINEMENT,** which is Document # 122, any order revealing the contents of that document, and the brief filed in support of this motion, for the reasons stated in the brief filed in support of this motion. The United States requests a "Level 2" Restriction which would make the document, any order reveling the contents of that document and the brief filed in support of this motion, "viewable by Selected Parties & Court" only.

Dated this 15th day of June, 2020.

                              JASON R. DUNN
                              United States Attorney

                              s/ *Pegeen D. Rhyne*
                              Assistant United States Attorney
                              United States Attorney's Office
                              1801 California Street, Suite 1600
                              Denver, Colorado 80202
                              Telephone: 303-454-0100
                              Pegeen.Rhyne@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that on this 15th day of June, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

By: *s/ Kayla Keiter* ___
Legal Assistant for AUSA Pegeen D. Rhyne
United States Attorney's Office