IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No.17-CR-00168-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. KAREN MCCAFLIN,

    Defendant.

## ORDER TO RESTRICT DOCUMENT

This matter is before the Court on the Government's Motion to Restrict Document. Upon consideration and for good cause shown,

IT IS ORDERED that said Document, the United States' Brief in Support of Motion to Restrict Document, as well as any order revealing the contents of that document, are hereby restricted until further order by the Court.

IT IS ORDERED that said Document, the United States' Brief in Support of Motion to Restrict Document, as well as any order revealing the contents of that document, are hereby at a "Level 2 Restriction" and will be "viewable by selected parties & court" only.

IT IS SO ORDERED on this ____ day of June, 2020.

                                          HON. JUDGE CHRISTINE M. ARGUELLO
                                          UNITED STATES DISTRICT COURT
                                          DISTRICT OF COLORADO