# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Case No. 17-cr-00168-CMA-1

UNITED STATES OF AMERICA,

    Plaintiff,

v.

KAREN LYNN McCLAFLIN,
    Defendants.

_____

### [PROPOSED] ORDER RE: DEFENDANT'S MOTION FOR LEAVE TO FILE REPLY BY JULY 3, 2020
_____

The Court having reviewed Defendant's Motion for Leave to File Reply by July 3, 2020, and being sufficiently advised, hereby Orders that the request is GRANTED. Defendant is permitted to file a Reply to the Probation Response to Motion for Compassionate Release [Doc. 121] and the Government's Response to Defendant's Motion for Compassionate Release [Doc 122] on or before July 3, 2020.

DATED: _____

                                           BY THE COURT:

                                           _____
                                           CHRISTINE M. ARGUELLO
                                           United States District Judge