**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 17-cr-00168-CMA-1

UNITED STATES OF AMERICA,

    Plaintiff,

v.

KAREN LYNN McCLAFLIN,
    Defendants.

_____

**NOTICE OF APPEAL**
_____

    Notice is hereby given that Karen Lynn McClaflin, defendant in the above captioned case, appeals to the Tenth Circuit Court of Appeals from the Order Denying Motion For Compassionate Release entered on July 20, 2020 as Docket No. 129.

DATED:   July 24, 2020.         Respectfully submitted,

                              NATHAN D. CHAMBERS LLC
                              By:   s/Nathan D. Chambers
                              Nathan D. Chambers
                              303 16th Street, Suite 200
                              Denver, Colorado  80202
                              (303) 825-2222

-2-

CERTIFICATE OF SERVICE

      I hereby certify that on July 24, 2020, I presented the foregoing to the Clerk of the Court for filing and uploading to the CM/ECF system which will send notification of such filing to counsel of record.

                    By:   s/Nathan D. Chambers
                    Nathan D. Chambers
                    303 16th Street, Suite 200
                    Denver, Colorado 80202
                    (303) 825-2222