Case No. 1:17-cr-00168-CMA Document 115 filed 07/27/21 USDC Colorado pg 1 of 12
Case 1:17-cr-00168-CMA Document 114-2 Filed 07/20/21 USDC Colorado Page 1 of 12
1 of 12

APPEAL,TERMED

# U.S. District Court – District of Colorado
## District of Colorado (Denver)
## CRIMINAL DOCKET FOR CASE #: 1:17–cr–00168–CMA All Defendants
### *Internal Use Only*

| | |
|---|---|
| Case title: USA v. McClaflin | Date Filed: 05/17/2017 |
| | Date Terminated: 05/14/2018 |

Assigned to: Judge Christine M. Arguello

Appeals court case number: 18–1217 USCA

**Defendant (1)**

**Karen Lynn McClaflin**  represented by  **Karen Lynn McClaflin**
*TERMINATED: 05/14/2018*  44166–013
CARSWELL
FEDERAL MEDICAL CENTER
Inmate Mail/Parcels
P.O. BOX 27137
FORT WORTH, TX 76127
PRO SE

**Ann Marie Taliaferro**
Brown Bradshaw & Moffat
10 West Broadway
Suite 210
Salt Lake City, UT 84101
801–532–5297
Fax: 801–532–5298
Email: ann@brownbradshaw.com
*ATTORNEY TO BE NOTICED*
*Designation: 10th Circuit Special Designation*

**Nathan Dale Chambers**
Nathan D. Chambers LLC
303 16th Street
Suite 200
Denver, CO 80202
303–825–2222
Fax: 303–825–4010
Email: nchambers@nathanchamberslaw.com
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Thomas James Hammond**
Thomas J. Hammond, P.C.
1544 Race Street
Denver, CO 80206
303–321–7902
Fax: 303–329–5871
Email: hammondlaw@solucian.com
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

| **Pending Counts** | **Disposition** |
|---|---|
| 18 U.S.C. § 1343 Wire Fraud (1) | Defendant committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of NINETY–SIX (96) MONTHS to run concurrently to |

| | |
|---|---|
| 18 U.S.C. § 1957 Monetary Transaction in property derived from wire fraud (2) | Count 2. Supervised Release of THREE (3) YEARS to run concurrently to Count 2. Special Assessment of $100.00. Restitution of $14,528,206.39.<br><br>Defendant committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of NINETY−SIX (96) MONTHS to run concurrently to Count 1. Supervised Release of THREE (3) YEARS to run concurrently to Count 1. Special Assessment of $100.00. Restitution of $14,528,206.39. |

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**        **Disposition**

None

**Highest Offense Level (Terminated)**

None

**Complaints**        **Disposition**

None

---

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **Pegeen Denise Rhyne**<br>U.S. Attorney's Office−Denver<br>1801 California Street<br>Suite 1600<br>Denver, CO 80202<br>303−454−0323<br>Fax: 303−454−0409<br>Email: pegeen.rhyne@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Federal Agency Attorney*<br><br>**Laura Beth Hurd**<br>U.S. Attorney's Office−Denver<br>1801 California Street<br>Suite 1600<br>Denver, CO 80202<br>303−454−0135<br>Fax: 303−454−0402<br>Email: laura.hurd@usdoj.gov<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Federal Agency Attorney* |

| Date Filed | # | Docket Text |
|---|---|---|
| 05/17/2017 | 1 | INFORMATION as to Karen Lynn McClaflin (1) count(s) 1, 2. (Attachments: # 1 Penalty Sheet) (athom, ) (Entered: 05/17/2017) |
| 05/17/2017 | 2 | NOTICE OF ATTORNEY APPEARANCE: Thomas James Hammond appearing for Karen Lynn McClaflinAttorney Thomas James Hammond added to party Karen Lynn McClaflin(pty:dft) (Hammond, Thomas) (Entered: 05/17/2017) |

| | | |
|---|---|---|
| 05/17/2017 | 3 | Personal Recognizance Bond Entered as to Karen Lynn McClaflin (bwilk, ) (Entered: 05/18/2017) |
| 05/17/2017 | 4 | ORDER Setting Conditions of Release by Magistrate Judge Nina Y. Wang on 5/17/17. (bwilk, ) (Entered: 05/18/2017) |
| 05/17/2017 | 5 | COURTROOM MINUTES for Initial Appearance, and Arraignment, as to Karen Lynn McClaflin held on 5/17/2017 before Magistrate Judge Nina Y. Wang. Defendant present on summons. Defendant sworn. Defendant advised. Defendant waives filing of indictment. Waiver tendered to the court. Parties have an informal agreement regarding discovery. Plea of NOT GUILTY entered by defendant. Bond set as to Karen Lynn McClaflin (1) Personal Recognizance. Conditions of bond set. Counsel is directed to chambers. (Total time: 9 minutes, Hearing time: 1:38–1:47)<br><br>**APPEARANCES**: Pegeen Rhyne on behalf of the Government, Thomas Hammond on behalf of the Defendant, Angela Ledesma on behalf of Pretrial. FTR: Courtroom C–204. (bwilk, ) Text Only Entry (Entered: 05/18/2017) |
| 05/17/2017 | 6 | WAIVER of Indictment, by Karen Lynn McClaflin. (nmarb, ) (Entered: 05/19/2017) |
| 05/20/2017 | 7 | NOTICE of Disposition by Karen Lynn McClaflin (Hammond, Thomas) (Entered: 05/20/2017) |
| 05/22/2017 | 8 | ORDER as to Karen Lynn McClaflin: Pursuant to email correspondence between counsel and Chambers staff and the Notice of Disposition 7 , a Change of Plea Hearing is set for Defendant on June 21, 2017, at 3:00 PM in Courtroom A602 before Judge Christine M. Arguello. Counsel for the parties shall deliver courtesy copy of the Plea Agreement to Judge Arguello's chambers, via email or fax, no less than 72 hours before the Change of Plea Hearing. If a courtesy copy is not timely submitted, the hearing may be vacated. The original and one copy of the Statement by Defendant in Advance of Change of Plea and Plea Agreement should be delivered to the courtroom deputy in the courtroom at the time of the hearing (D.C.COLO.LCrR 11.1(e)(1)). FURTHER ORDERED that defense counsel who has reviewed and advised Defendant regarding the facts, discovery and plea agreement must attend this Change of Plea Hearing. SO ORDERED BY Judge Christine M. Arguello on 5/22/2017. Text Only Entry (cmasec) (Entered: 05/22/2017) |
| 06/19/2017 | 9 | (Court only) BAIL REPORT as to Karen Lynn McClaflin. (doden, ) (Entered: 06/19/2017) |
| 06/21/2017 | 10 | MINUTE ENTRY for proceedings held before Judge Christine M. Arguello: Change of Plea Hearing as to Karen Lynn McClaflin held on 6/21/2017. Plea entered by Defendant; Guilty as to Counts 1 and 2 of the Information. Sentencing set for 01/17/2018 at 9:00 a.m. in Courtroom A602 before Judge Christine M. Arguello. ORDERED: Counsel shall file either a Stipulation as to loss amount and restitution amount, and enhancements or simultaneous Sentencing Statements by 09/29/2017. All other dates are vacated and any pending motions are denied as moot. The US Probation Office shall prepare a Presentence Report. Counsel shall file their sentencing positions and all motions at least 14 days before the sentencing date; responses or objections shall be filed no later than seven days before the sentencing date. Failure to timely file these pleadings may result in a continuance of the sentencing date. Defendant present on bond; bond continued. (Total time: 47 Minutes, Hearing time: 3:02 p.m. –– 3:49 p.m.)<br><br>**APPEARANCES**: Pegeen Rhyne on behalf of the Government; Thomas Hammond on behalf of the Defendant. Court Reporter: Darlene Martinez. (swest) Text Only Entry (Entered: 06/21/2017) |
| 06/21/2017 | 11 | PLEA AGREEMENT as to Defendant Karen Lynn McClaflin. (swest) (Entered: 06/21/2017) |
| 06/21/2017 | 12 | STATEMENT IN ADVANCE OF PLEA OF GUILTY by Defendant Karen Lynn McClaflin. (swest) (Entered: 06/21/2017) |
| 09/01/2017 | 13 | Joint MOTION to Continue *DEADLINE FOR SENTENCING FILINGS AND SENTENCING HEARING* by USA as to Karen Lynn McClaflin. (Rhyne, Pegeen) (Entered: 09/01/2017) |

| | | |
|---|---|---|
| 09/11/2017 | 14 | ORDER granting 13 Motion to Continue as to Karen Lynn McClaflin (1). Pursuant to email correspondence between counsel and Chambers staff, Sentencing set for 1/17/2018 is VACATED and RESET to 3/14/2018, at 11:00 AM in Courtroom A 602 before Judge Christine M. Arguello. FURTHER ORDERED that Sentencing Statements or a stipulation regarding loss and restitution is due 12/1/2017. SO ORDERED by Judge Christine M. Arguello on 9/11/2017. Text Only Entry (cmasec) (Entered: 09/11/2017) |
| 12/01/2017 | 15 | STIPULATION *Regarding Loss and Restitution* by USA as to Karen Lynn McClaflin (Rhyne, Pegeen) (Entered: 12/01/2017) |
| 02/07/2018 | 16 | RESTRICTED PRESENTENCE REPORT first disclosure for attorney review as to Karen Lynn McClaflin (Attachments: # 1 Exhibit B, # 2 Exhibit C, # 3 Exhibit D, # 4 Exhibit E, # 5 Exhibit F, Part I, # 6 Exhibit F, Part II, # 7 Exhibit G)(chanl) (Entered: 02/07/2018) |
| 02/14/2018 | 17 | OBJECTION/RESPONSE to Presentence Report 16 by USA as to Karen Lynn McClaflin (Rhyne, Pegeen) (Entered: 02/14/2018) |
| 02/21/2018 | 18 | OBJECTION/RESPONSE to Presentence Report by Karen Lynn McClaflin (Hammond, Thomas) (Entered: 02/21/2018) |
| 02/23/2018 | 19 | MOTION for Decrease for Acceptance of Responsibility by USA as to Karen Lynn McClaflin. (Rhyne, Pegeen) (Entered: 02/23/2018) |
| 02/23/2018 | 20 | MOTION for Order *for a Variant Sentence of 65 Months of Incarceration* by USA as to Karen Lynn McClaflin. (Rhyne, Pegeen) (Entered: 02/23/2018) |
| 03/05/2018 | 21 | RESTRICTED PRESENTENCE REPORT as to Karen Lynn McClaflin (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, Part I, # 7 Exhibit F, Part II, # 8 Exhibit G)(chanl) (Entered: 03/05/2018) |
| 03/05/2018 | 22 | RESTRICTED ADDENDUM to Presentence Report 21 as to Karen Lynn McClaflin (Attachments: # 1 Exhibit A)(chanl) (Entered: 03/05/2018) |
| 03/05/2018 | 23 | Unopposed MOTION to Continue *Sentencing* by Karen Lynn McClaflin. (Hammond, Thomas) (Entered: 03/05/2018) |
| 03/05/2018 | 24 | MOTION for Leave to Restrict by Karen Lynn McClaflin. (Hammond, Thomas) (Entered: 03/05/2018) |
| 03/05/2018 | 25 | RESTRICTED DOCUMENT – Level 2: as to Karen Lynn McClaflin. (Hammond, Thomas) (Entered: 03/05/2018) |
| 03/05/2018 | 26 | RESTRICTED DOCUMENT – Level 2: as to Karen Lynn McClaflin. (Hammond, Thomas) (Entered: 03/05/2018) |
| 03/06/2018 | 27 | ORDER granting 23 Motion to Continue as to Karen Lynn McClaflin (1). Pursuant to email correspondence between counsel and Chambers staff, Sentencing set for 3/14/2018 is VACATED and RESET to 5/10/2018, at 11:00 AM in Courtroom A 602 before Judge Christine M. Arguello. SO ORDERED by Judge Christine M. Arguello on 3/6/2018. Text Only Entry (cmasec) (Entered: 03/06/2018) |
| 03/09/2018 | 28 | ORDER granting 24 Motion for Leave to Restrict. Docs. 25 and 26 , all exhibits attached thereto, and any orders that may reveal the contents of these documents shall have a Level 2 Restriction. SO ORDERED by Judge Christine M. Arguello on 3/9/2018. Text Only Entry (cmasec) (Entered: 03/09/2018) |
| 04/24/2018 | 29 | NOTICE OF ATTORNEY APPEARANCE Laura Beth Hurd appearing for USA. Attorney Laura Beth Hurd added to party USA(pty:pla) (Hurd, Laura) (Entered: 04/24/2018) |
| 04/24/2018 | 30 | MOTION for Forfeiture of Property *FOR PRELIMINARY ORDER OF FORFEITURE FOR A PERSONAL MONEY JUDGMENT* by USA as to Karen Lynn McClaflin. (Attachments: # 1 Proposed Order (PDF Only))(Hurd, Laura) (Entered: 04/24/2018) |
| 04/25/2018 | 31 | ADVISORY NOTICE OF NONCOMPLIANCE WITH COURT RULES/PROCEDURES: re: 30 MOTION for Forfeiture of Property *FOR PRELIMINARY ORDER OF FORFEITURE FOR A PERSONAL MONEY JUDGMENT* filed by attorney Laura Beth Hurd. The format for the attorneys signature |

Case No. 1:17-cr-00169-CMA Document 153 filed 07/27/21 USDC Colorado pg 5 of 12
Case 1:17-cr-00169-CMA Document 134-2 Filed 07/20/2018 USDC Colorado Page 5 of 12
5 of 12

| | | |
|---|---|---|
| | | block information is not correct – the signature block does not contain the updated contact information. **DO NOT REFILE THE DOCUMENT. Action to take –** future documents must be filed pursuant to D.C.COLO.LCr49.1(a) and 4.3(d) of the Electronic Case Filing Procedures (Criminal Cases). (Text Only Entry) (athom, ) (Entered: 04/25/2018) |
| 04/25/2018 | 32 | PRELIMINARY ORDER OF FORFEITURE FOR A PERSONAL MONEY JUDGMENTAGAINST DEFENDANT KAREN LYNN MCCLAFLIN as to Karen Lynn McClaflin. By Judge Christine M. Arguello on 04/25/2018. (athom, ) (Entered: 04/25/2018) |
| 05/04/2018 | 33 | MOTION to Continue *May 10, 2018 Sentencing Hearing* by Karen Lynn McClaflin. (Hammond, Thomas) (Entered: 05/04/2018) |
| 05/04/2018 | 34 | MOTION for Leave to Restrict by Karen Lynn McClaflin. (Hammond, Thomas) (Entered: 05/04/2018) |
| 05/04/2018 | 35 | RESTRICTED DOCUMENT – Level 2: as to Karen Lynn McClaflin. (Hammond, Thomas) (Entered: 05/04/2018) |
| 05/04/2018 | 36 | RESTRICTED DOCUMENT – Level 2: as to Karen Lynn McClaflin. (Attachments: # 1 Continuation of Main Document)(Hammond, Thomas) (Entered: 05/04/2018) |
| 05/07/2018 | 37 | ORDER denying 33 Motion to Continue Sentencing. The Court notes that sentencing has been delayed for almost a year and that Defendant does not allege, nor does any evidence support, that Defendant requires a major procedure in the imminent future. SO ORDERED by Judge Christine M. Arguello on 5/7/2018. Text Only Entry (cmasec) (Entered: 05/07/2018) |
| 05/09/2018 | 38 | ORDER granting 34 Motion for Leave to Restrict. Docs. ## 35 and 36 , all exhibits attached thereto, and any orders that may reveal the contents of these documents shall have a Level 2 Restriction. SO ORDERED by Judge Christine M. Arguello on 5/9/2018. Text Only Entry (cmasec) (Entered: 05/09/2018) |
| 05/10/2018 | 39 | MINUTE ENTRY for proceedings held before Judge Christine M. Arguello: Sentencing held on 5/10/2018 as to Defendant Karen Lynn McClaflin. Statements by David Tinkle, Dean Sims, Richard Jackson, Paula Greco, Jeffrey Koch, Donna Klimas, and Cynthia Lynn Henson. WITNESSES SWORN AND TESTIFIED: Melissa Tweet; James Barash. EXHIBITS RECEIVED: 1, 2. ORDERED: GRANTING 19 Government's Motion for Decrease for Acceptance of Responsibility; DENYING 20 Government's Motion for Order for a Variant Sentence. FURTHER ORDERED: Counsel for the parties shall retain custody of their respective exhibits until such time as all need for the exhibits has terminated and the time to appeal has expired or all appellate proceedings have been terminated plus sixty days. Defendant sentenced as reflected on the record. Defendant present on bond; Defendant's bond is exonerated at the time of voluntary surrender to the institution designated by the Bureau of Prisons. (Total time: 2 Hours, 35 Minutes, Hearing time: 11:04 a.m. –– 1:51 p.m.) **APPEARANCES**: Pegeen Rhyne and Laura Hurd on behalf of the Government; Thomas Hammond on behalf of the Defendant; Michelle Means on behalf of Probation. ALSO PRESENT: IRS Special Agent Melissa Tweet; Matthew Werner. Court Reporter: Darlene Martinez. (swest) Text Only Entry (Entered: 05/10/2018) |
| 05/14/2018 | 40 | AMENDED by Doc. 52 –– JUDGMENT as to defendant Karen Lynn McClaflin (1): Defendant committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of NINETY–SIX (96) MONTHS as to each Count, to run concurrently. Supervised Release of THREE (3) YEARS, as to each Count, to run concurrently. Total Special Assessment of $200.00. Restitution of $14,528,206.39. SO ORDERED by Judge Christine M. Arguello on 5/14/2018. (cmasec) Modified on 6/11/2018 (cmasec). (Entered: 05/14/2018) |
| 05/14/2018 | 41 | STATEMENT OF REASONS as to Karen Lynn McClaflin. (cmasec) (Entered: 05/14/2018) |
| 05/17/2018 | 42 | NOTICE OF APPEAL re 40 Judgment, by Karen Lynn McClaflin. (Attachments: # 1 Envelope) (athom, ) (Entered: 05/18/2018) |

| | | |
|---|---|---|
| 05/18/2018 | 43 | LETTER Transmitting Notice of Appeal to all counsel advising of the transmittal of the 42 Notice of Appeal as to Karen Lynn McClaflin to the U.S. Court of Appeals. (Pro Se, Fee not paid and 1915 motion not filed,) (Attachments: # 1 Docket Sheet, # 2 Preliminary Record) (athom, ) (Entered: 05/18/2018) |
| 05/18/2018 | 44 | USCA Case Number 18–1217 as to Karen Lynn McClaflin for 42 Notice of Appeal filed by Karen Lynn McClaflin. (athom, ) (Entered: 05/18/2018) |
| 05/22/2018 | 45 | MOTION to Proceed in Forma Pauperis *and for Appointment of Counsel Pursuant to the Criminal Justice Act* by Karen Lynn McClaflin. (Hammond, Thomas) (Entered: 05/22/2018) |
| 05/22/2018 | 46 | CJA 23 Financial Affidavit by Karen Lynn McClaflin. (Hammond, Thomas) (Entered: 05/22/2018) |
| 05/24/2018 | 47 | TRANSCRIPT of Sentencing Hearing as to Karen Lynn McClaflin held on 5/10/18 before Judge Arguello. Pages: 1–112. <br><br> **NOTICE – REDACTION OF TRANSCRIPTS: Within seven calendar days of this filing, each party shall inform the Court, by filing a Notice of Intent to Redact, of the party's intent to redact personal identifiers from the electronic transcript of the court proceeding. If a Notice of Intent to Redact is not filed within the allotted time, this transcript will be made electronically available after 90 days. Please see the Notice of Electronic Availability of Transcripts document at www.cod.uscourts.gov.<br>**<br> Transcript may only be viewed at the court public terminal or purchased through the Court Reporter/Transcriber prior to the 90 day deadline for electronic posting on PACER. (dmart, ) (Entered: 05/24/2018) |
| 06/01/2018 | 48 | ORDER to Surrender as to Karen Lynn McClaflin; Defendant to surrender to Federal Correctional Institution Satellite Camp, Phoenix, AZ, on 06/19/2018, by 12:00 Noon, and will travel at her own expense. By Judge Christine M. Arguello on 06/01/2018. (athom, ) (Entered: 06/01/2018) |
| 06/01/2018 | 49 | ORDER of USCA as to Karen Lynn McClaflin re 42 Notice of Appeal. The motion to withdraw is taken under advisement and this appeal is abated pending further order of the court. Until the district court determines that Appellant is financially eligible for appointed counsel, this court cannot appoint counsel to represent Appellant in this appeal. (USCA Case No. 18–1217) (athom, ) (Entered: 06/01/2018) |
| 06/05/2018 | 50 | ORDER Granting 45 Motion to Proceed In Forma Pauperis on Appeal and for Appointment of Counsel Pursuant to the Criminal Justice Act 18 U.S.C. § 3006A re 42 Notice of Appeal as to Karen Lynn McClaflin. By Judge Christine M. Arguello on 06/05/2018. (athom, ) (Entered: 06/05/2018) |
| 06/07/2018 | 51 | ORDER of USCA granting Mr. Hammond's motion to withdraw as attorney, and appoints attorney Ann Marie Taliaferro to represent appellant as to Karen Lynn McClaflin re 42 Notice of Appeal. The abatement of this appeal is lifted. (USCA Case No. 18–1217) (athom, ) (Entered: 06/07/2018) |
| 06/11/2018 | **52** | AMENDED JUDGMENT as to defendant Karen Lynn McClaflin (1): Defendant committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of NINETY–SIX (96) MONTHS as to each Count, to run concurrently. Supervised Release of THREE (3) YEARS, as to each Count, to run concurrently. Total Special Assessment of $200.00. Restitution of $14,528,206.39. SO ORDERED by Judge Christine M. Arguello on 6/11/2018. (cmasec) (Entered: 06/11/2018) |
| 06/13/2018 | 53 | MOTION for Stay *of Self Surrender Order* by Karen Lynn McClaflin. (Hammond, Thomas) (Entered: 06/13/2018) |
| 06/13/2018 | 54 | MOTION for Leave to Restrict by Karen Lynn McClaflin. (Hammond, Thomas) (Entered: 06/13/2018) |
| 06/13/2018 | 55 | RESTRICTED DOCUMENT – Level 2: as to Karen Lynn McClaflin. (Attachments: # 1 Continuation of Main Document, # 2 Continuation of Main Document, # 3 Continuation of Main Document, # 4 Continuation of Main Document, # 5 Continuation of Main Document, # 6 Continuation of Main Document, # 7 Continuation of Main Document, # 8 Continuation of Main Document, # 9 Continuation of Main Document, # 10 Continuation of Main Document, # 11 Continuation of Main Document)(Hammond, Thomas) (Entered: 06/13/2018) |

| | | |
|---|---|---|
| 06/14/2018 | 56 | ORDER granting 53 Defendant's Motion for Stay as to Karen Lynn McClaflin (1). Defendant's self–surrender date of 6/19/2018 is stayed for 120 days. The Court FURTHER ORDERS that Defendant shall self–surrender on or before 10/17/2018, at noon, at the facility designated by the BOP. No further extensions will be given, absent an emergency substantiated by the in–court testimony of her doctors. To the extent another continuance is requested, it must be filed at least 14 days before the self–surrender date so that a hearing can be held. SO ORDERED by Judge Christine M. Arguello on 6/14/2018. Text Only Entry (cmasec) (Entered: 06/14/2018) |
| 06/18/2018 | 57 | ORDER granting 54 Motion for Leave to Restrict. Doc. 55 , all exhibits attached thereto, and any orders that may reveal the contents of these documents shall have a Level 2 Restriction. SO ORDERED by Judge Christine M. Arguello on 6/18/2018. Text Only Entry (cmasec) (Entered: 06/18/2018) |
| 06/29/2018 | 58 | DESIGNATION OF RECORD ON APPEAL re 42 Notice of Appeal by Karen Lynn McClaflin. (Attachments: # 1 Docket Sheet)(Taliaferro, Ann) (Entered: 06/29/2018) |
| 06/29/2018 | 59 | TRANSCRIPT ORDER FORM re 42 Notice of Appeal by Karen Lynn McClaflin. (Taliaferro, Ann) (Entered: 06/29/2018) |
| 07/27/2018 | 60 | REPORTER TRANSCRIPT ORDER FORM filed by Darlene Martinez re 42 Notice of Appeal. Transcript due by 8/18/2018. (nrich) (Entered: 07/27/2018) |
| 08/16/2018 | 61 | TRANSCRIPT of Change of Plea Hearing as to Karen Lynn McClaflin held on 6/21/17 before Judge Arguello. Pages: 1–47. \<br>\<br> **NOTICE – REDACTION OF TRANSCRIPTS: Within seven calendar days of this filing, each party shall inform the Court, by filing a Notice of Intent to Redact, of the party's intent to redact personal identifiers from the electronic transcript of the court proceeding. If a Notice of Intent to Redact is not filed within the allotted time, this transcript will be made electronically available after 90 days. Please see the Notice of Electronic Availability of Transcripts document at www.cod.uscourts.gov.\<br>**\<br> Transcript may only be viewed at the court public terminal or purchased through the Court Reporter/Transcriber prior to the 90 day deadline for electronic posting on PACER. (dmart, ) (Entered: 08/16/2018) |
| 09/17/2018 | 62 | TRANSMITTAL OF RECORD ON APPEAL as to Karen Lynn McClaflin to the U.S. Court of Appeals for the Tenth Circuit as to 42 Notice of Appeal filed by Karen Lynn McClaflin. Volume I – Electronic Documents; Volume II – SEALED – Electronic Documents; Volume III – RESTRICTED LEVEL 2 – Electronic Documents; Volume IV – Unrestricted Transcript – Electronic Documents; Volume V – Restricted Transcript (90 Day Restriction) – Electronic Documents; (USCA Case No. 18–1217). Text Only Entry (athom, ) (Entered: 09/17/2018) |
| 10/04/2018 | 63 | MOTION for Leave to Restrict by Karen Lynn McClaflin. (Hammond, Thomas) (Entered: 10/04/2018) |
| 10/04/2018 | 64 | RESTRICTED DOCUMENT – Level 1: by Karen Lynn McClaflin. (Hammond, Thomas) (Entered: 10/04/2018) |
| 10/04/2018 | 65 | RESTRICTED DOCUMENT – Level 1: by Karen Lynn McClaflin. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Exhibit, # 7 Exhibit, # 8 Exhibit, # 9 Exhibit, # 10 Exhibit, # 11 Exhibit, # 12 Exhibit, # 13 Exhibit)(Hammond, Thomas) (Entered: 10/04/2018) |
| 10/04/2018 | | (Court only) ***MOTION re 65 Restricted Document – Level 1, (evana, ) (Entered: 10/05/2018) |
| 10/05/2018 | 66 | ORDER as to Karen Lynn McClaflin: Due to the pending appeal in this case, the Court questions whether or not it has jurisdiction in this matter. However, due to the seriousness of the issue, it is ORDERED that 65 Defendant's Motion for Stay is granted in part. Defendant's self–surrender date of 10/17/2018 is stayed for 60 days until 12/10/2018. FURTHER ORDERED that an in–court hearing is set for 12/6/2018, at 3:00 PM at which time the Government and defense counsel shall be prepared to provide in–court testimony by Defendants doctors and a representative of the BOP. The Government is DIRECTED to consult with the BOP with respect to whether the BOP can provide the needed medical treatment and file a report with this Court no later than 11/26/2018. SO ORDERED by Judge Christine M. Arguello on 10/5/2018. Text Only Entry (cmasec) (Entered: 10/05/2018) |

| | | |
|---|---|---|
| 10/05/2018 | | (Court only) ***Motions terminated as to Karen Lynn McClaflin: Pursuant to the 66 Order (evana, ) (Entered: 10/05/2018) |
| 10/11/2018 | 67 | ORDER granting 63 Motion for Leave to Restrict. Docs. 64 and 65 , all exhibits attached thereto, and any orders that may reveal the contents of these documents shall have a Level 1 Restriction. SO ORDERED by Judge Christine M. Arguello on 10/11/2018. Text Only Entry (cmasec) (Entered: 10/11/2018) |
| 10/31/2018 | 68 | RESTRICTED DOCUMENT – Level 2: as to Karen Lynn McClaflin. (Attachments: # 1 Exhibit 1)(Rhyne, Pegeen) (Entered: 10/31/2018) |
| 10/31/2018 | 69 | MOTION for Leave to Restrict by USA as to Karen Lynn McClaflin. (Attachments: # 1 Proposed Order (PDF Only))(Rhyne, Pegeen) (Entered: 10/31/2018) |
| 10/31/2018 | 70 | RESTRICTED DOCUMENT – Level 2: as to Karen Lynn McClaflin. (Rhyne, Pegeen) (Entered: 10/31/2018) |
| 11/02/2018 | 71 | ORDER granting 69 Motion for Leave to Restrict. Docs. 70 and 68 all exhibits attached thereto, and any orders that may reveal the contents of these documents shall have a Level 2 Restriction. SO ORDERED by Judge Christine M. Arguello on 11/2/2018. Text Only Entry (cmasec) (Entered: 11/02/2018) |
| 11/29/2018 | 72 | Unopposed MOTION to Continue *December 6, 2018 Hearing* by Karen Lynn McClaflin. (Hammond, Thomas) (Entered: 11/29/2018) |
| 11/30/2018 | 73 | ORDER granting 72 Unopposed Motion to Continue Hearing. Pursuant to email correspondence between counsel and Chambers staff, the In Court Hearing set for 12/6/2018 is VACATED and RESET to 1/8/2019, at 03:00 PM in Courtroom A 602 before Judge Christine M. Arguello. FURTHER ORDERED that Defendant's self−surrender date of 12/10/2018 is stayed until 1/18/2019. SO ORDERED by Judge Christine M. Arguello on 11/30/2018. Text Only Entry (cmasec) (Entered: 11/30/2018) |
| 12/28/2018 | 74 | ORDER as to Karen Lynn McClaflin: The Court, sua sponte, RESETS the In Court Hearing set for 1/8/2019 to 1/14/2019, at 02:00 PM in Courtroom A 602 before Judge Christine M. Arguello. SO ORDERED by Judge Christine M. Arguello on 12/28/2018. Text Only Entry (cmasec) (Entered: 12/28/2018) |
| 12/28/2018 | 75 | MOTION to Appoint Counsel by Karen Lynn McClaflin. (Hammond, Thomas) (Entered: 12/28/2018) |
| 01/02/2019 | 76 | MEMORANDUM regarding 75 MOTION to Appoint Counsel filed by Karen Lynn McClaflin: Motion(s) referred to Magistrate Judge Scott T. Varholak as acting duty judge. The Court recommends that if Mr. Hammond is eligible for and willing to accept CJA appointment, he be approved for such appointment in order to preserve continuity of counsel. By Chief Judge Marcia S. Krieger on behalf of Judge Arguello on 1/2/19. Text Only Entry (msklc2, ) (Entered: 01/02/2019) |
| 01/02/2019 | 77 | ORDER granting 75 Motion to Appoint Counsel as to Karen Lynn McClaflin (1). Defendant McClaflin's previous Motion for Appointment of Counsel under the Criminal Justice Act was granted for the purposes of her appeal. 50 For the same reasons stated in the Court's Order granting that Motion, the Court finds that Defendant McClaflin qualifies for the appointment of counsel under the Criminal Justice Act and appoints Attorney Thomas J. Hammond as counsel for Defendant McClaflin under the Criminal Justice Act in the instant matter. SO ORDERED, by Magistrate Judge Scott T. Varholak on 1/2/2019. Text Only Entry (stvlc2, ) (Entered: 01/02/2019) |
| 01/03/2019 | 78 | ORDER APPOINTING COUNSEL as to Karen Lynn McClaflin, pursuant to 77 Magistrate Judge Order. SO ORDERED by Judge Christine M. Arguello on 1/3/2019. Text Only Entry (cmasec) (Entered: 01/03/2019) |
| 01/07/2019 | 79 | NOTICE OF ATTORNEY APPEARANCE: Thomas James Hammond appearing for Karen Lynn McClaflin (Hammond, Thomas) (Entered: 01/07/2019) |
| 01/08/2019 | 80 | Proof Of Service of Subpoena as to Karen Lynn McClaflin. (athom, ) (Entered: 01/10/2019) |

| | | |
|---|---|---|
| 01/14/2019 | 81 | MINUTE ENTRY for proceedings held before Judge Christine M. Arguello: Motion Hearing as to Karen Lynn McClaflin held on 1/14/2019. WITNESSES SWORN AND TESTIFIED: Todd Miner, Peter Brookmeyer. ORDERED: Simultaneous briefing re: Court's authority to stay Defendant's self−surrender date due Wednesday, 1/16/2019 at 12:00 p.m. ALSO ORDERED: Government counsel to contact BOP or FMC Carswell to coordinate the transfer of treatment from Dr. Brookmeyer to the BOP and to provide that information to both Drs. Brookmeyer and Miner, and vice versa to provide Drs. Brookmeyer and Miner contact information to the BOP. The Court AFFIRMS Defendant's self−surrender date of 1/18/2019. Defendant present on bond; Defendant's bond is exonerated at the time of voluntary surrender to the institution designated by the Bureau of Prisons. (Total time: 1 Hour, 35 Minutes, Hearing time: 2:14 p.m. −− 4:09 p.m.)<br><br>**APPEARANCES**: Pegeen Rhyne on behalf of the Government; Thomas Hammond on behalf of the Defendant. Court Reporter: Darlene Martinez. (swest) Text Only Entry (Entered: 01/15/2019) |
| 01/16/2019 | 82 | **VACATED** − ORDER to Surrender as to Karen Lynn McClaflin; Defendant to surrender to FMC Carsell, J St. Bldg. 3000, Fort Worth, Texas on 01/18/2019, by 12:00 Noon and will travel at her own expense. By Judge Christine M. Arguello on 01/16/2019. (athom, ) Modified on 1/16/2019 to vacate pursuant to 85 Order (athom, ). (Entered: 01/16/2019) |
| 01/16/2019 | 83 | MOTION for Reconsideration *of Court Order to Self−Surrender on Friday January 18, 2019* by Karen Lynn McClaflin. (Hammond, Thomas) (Entered: 01/16/2019) |
| 01/16/2019 | 84 | BRIEF by USA as to Karen Lynn McClaflin (Attachments: # 1 Exhibit 1)(Rhyne, Pegeen) (Entered: 01/16/2019) |
| 01/16/2019 | 85 | ORDER Granting Stay of Self Surrender Date as to Karen Lynn McClaflin. Defendant's Motion for Reconsideration the Court's Order on Self−Surrender (Doc. # 83 ) is GRANTED. Defendant's self−surrender date is STAYED for 60 days, until 3/19/2019. The Court's 1/16/2019 Order concerning Defendant's self−surrender (Doc. # 82 ) is VACATED. Status Report due by 2/15/2019 and again on 3/1/2019. By Judge Christine M. Arguello on 01/16/2019. (athom, ) (Entered: 01/16/2019) |
| 02/15/2019 | 86 | STATUS REPORT by Karen Lynn McClaflin (Hammond, Thomas) (Entered: 02/15/2019) |
| 02/15/2019 | 87 | RESTRICTED MEDICAL REPORT as to Karen Lynn McClaflin. (Hammond, Thomas) (Entered: 02/15/2019) |
| 03/13/2019 | 88 | MOTION for Leave to Restrict by Karen Lynn McClaflin. (Hammond, Thomas) (Entered: 03/13/2019) |
| 03/13/2019 | 89 | RESTRICTED DOCUMENT − Level 1: by Karen Lynn McClaflin. (Hammond, Thomas) (Entered: 03/13/2019) |
| 03/13/2019 | 90 | RESTRICTED DOCUMENT − Level 1: by Karen Lynn McClaflin. (Hammond, Thomas) (Entered: 03/13/2019) |
| 03/18/2019 | 91 | ORDER granting 88 Motion for Leave to Restrict as to Karen Lynn McClaflin (1). Docs. 87 , 89 and 90 , all exhibits attached thereto, and any orders that may reveal the contents of these documents shall have a Level 1 Restriction. SO ORDERED by Judge Christine M. Arguello on 3/18/2019. Text Only Entry (cmasec) (Entered: 03/18/2019) |
| 03/18/2019 | 92 | Emergency MOTION for Stay*of March 19, 2019 Self−Surrender Order* by Karen Lynn McClaflin. (Hammond, Thomas) (Entered: 03/18/2019) |
| 03/19/2019 | 93 | RESTRICTED MEDICAL REPORT as to Karen Lynn McClaflin. (Hammond, Thomas) (Entered: 03/19/2019) |
| 03/19/2019 | 94 | ORDER granting 92 Motion for Stay as to Karen Lynn McClaflin (1). Defendant's self−surrender date is STAYED for 7 days, until 3/26/2019. FURTHER ORDERED that Defendant shall provide contact information for Dr. Miner and the hospital at which the Defendant's surgery is taking place. FURTHER ORDERED that Defendant shall file a written report as to Defendant's status from Dr. Miner no later than 3/22/2019, 12:00 PM. SO ORDERED by Judge Christine M. Arguello on 3/19/2019. |

| | | |
|---|---|---|
| | | Text Only Entry (cmasec) (Entered: 03/19/2019) |
| 03/19/2019 | 95 | ORDER to Surrender as to Karen Lynn McClaflin; Defendant to surrender to FMC Carsell, J St. Bldg. 3000, FortWorth, Texas on 03/26/2019, by 12:00 Noon and will travel at her own expense. By Judge Christine M. Arguello on 03/19/2019. (athom, ) (Entered: 03/19/2019) |
| 03/22/2019 | 96 | MOTION for Extension of Time to File *Provide Reports And Records And To ContinueThe Self Surrender Order Until The Records Have Been Reviewed By Counsel And The Court* by Karen Lynn McClaflin. (Hammond, Thomas) (Entered: 03/22/2019) |
| 03/24/2019 | 97 | RESTRICTED MEDICAL REPORT as to Karen Lynn McClaflin. (Hammond, Thomas) (Entered: 03/24/2019) |
| 03/25/2019 | 98 | ORDER granting 96 Motion for Extension of Time. Defendant's self−surrender date is STAYED for 14 days, until 4/9/2019. FURTHER ORDERED Defendant shall file a written report as to Defendant's status from Dr. Miner no later than 4/2/2019, 12:00 PM. SO ORDERED by Judge Christine M. Arguello on 3/25/2019. Text Only Entry (cmasec) (Entered: 03/25/2019) |
| 04/04/2019 | 99 | RESTRICTED MEDICAL REPORT as to Karen Lynn McClaflin. (Hammond, Thomas) (Entered: 04/04/2019) |
| 04/08/2019 | 100 | MOTION for Stay*of Execution of April 9, 2019 Self−Surrender Order* by Karen Lynn McClaflin. (Hammond, Thomas) (Entered: 04/08/2019) |
| 04/08/2019 | 101 | ORDER granting 100 Emergency Motion for Stay Self−Surrender Order. Defendant's self−surrender date is STAYED until 5/14/2019. SO ORDERED by Judge Christine M. Arguello on 4/8/2019. Text Only Entry (cmasec) (Entered: 04/08/2019) |
| 04/09/2019 | 102 | ORDER to Surrender in lieu of transportation by the United States Marshal as to Karen Lynn McClaflin; Defendant to surrender to FMC Carsell, J St. Bldg. 3000 in Fort Worth, Texas, on May 14, 2019, by 12:00 Noon, and will travel at her own expense, by Judge Christine M. Arguello on 4/9/2018. (evana, ) (Entered: 04/09/2019) |
| 05/12/2019 | 103 | MOTION for Stay*of Execution of May 14, 2019 Self−Surrender Order* by Karen Lynn McClaflin. (Hammond, Thomas) (Entered: 05/12/2019) |
| 05/12/2019 | 104 | RESTRICTED MEDICAL REPORT as to Karen Lynn McClaflin. (Hammond, Thomas) (Entered: 05/12/2019) |
| 05/13/2019 | 105 | ORDER granting 103 Emergency Motion to Stay May 14, 2019 Self−Surrender Order. Defendant's self−surrender date is STAYED for 28 days, until 6/11/2019. FURTHER ORDERED Defendant shall file a written report as to Defendant's status from Dr. Miner no later than 5/28/2019, 5:00 PM. SO ORDERED by Judge Christine M. Arguello on 5/13/2019. Text Only Entry (cmalc3) (Entered: 05/13/2019) |
| 05/13/2019 | 106 | ORDER to Surrender in lieu of transportation by the United States Marshal as to Karen Lynn McClaflin; Defendant to surrender to FMC Carsell, J St. Bldg. 3000, Fort Worth, Texas on June 11, 2019, by 12:00 Noon, and will travel at her own expense. SO ORDERED by Judge Christine M. Arguello on 5/13/2019. (cmalc3) Modified on 5/14/2019 to attach PDF Order (athom, ). (Entered: 05/13/2019) |
| 05/29/2019 | 107 | RESTRICTED MEDICAL REPORT as to Karen Lynn McClaflin. (Hammond, Thomas) (Entered: 05/29/2019) |
| 05/29/2019 | 108 | RESTRICTED MEDICAL REPORT as to Karen Lynn McClaflin. (Hammond, Thomas) (Entered: 05/29/2019) |
| 05/29/2019 | 109 | RESTRICTED MEDICAL REPORT as to Karen Lynn McClaflin. (evana, ) (Entered: 05/29/2019) |
| 05/29/2019 | 110 | ORDER Setting Telephonic Status Conference as to Karen Lynn McClaflin. Counsel for the parties are directed to attend a telephonic status conference during which counsel should be prepared to discuss whether the Federal Medical Center, Carswell can facilitate the medical needs set forth in Doc. # 109. The Status Conference is set for 6/5/2019, at 3:30 PM, in Courtroom A 602 before Judge Christine M. Arguello. Counsel shall conference call each other prior to calling Chambers at 303−335−2174. |

Case 1:17-cr-00189-CMA Document 131 Filed 07/27/20 USDC Colorado Page 11 of 12
Case 1:17-cr-00189-CMA Document 138-1 Filed 07/07/2020 USDC Colorado Page 11 of 12
11 of 12

| | | |
|---|---|---|
| | | SO ORDERED by Judge Christine M. Arguello on 5/29/2019. Text Only Entry (cmalc3) (Entered: 05/29/2019) |
| 06/05/2019 | 111 | MINUTE ENTRY for proceedings held before Judge Christine M. Arguello: Status Conference as to Karen Lynn McClaflin held on 6/5/2019. ORDERED: Court's Order of 5/13/2019 remains in place –– Defendant to report to FMC Carswell on June 11, 2019. Defendant not present. (Total time: 9 Minutes, Hearing time: 3:30 p.m. –– 3:39 p.m.)<br><br>**APPEARANCES**: Pegeen Rhyne (by telephone) on behalf of the Government; Thomas Hammond (by telephone) on behalf of the Defendant. Court Reporter: Darlene Martinez. (swest) Text Only Entry (Entered: 06/05/2019) |
| 09/20/2019 | 112 | USCA Opinion as to Karen Lynn McClaflin re 42 Notice of Appeal : We AFFIRM the judgment of the district court. (USCA Case No. 18–1217) (This document is not the Mandate) (Attachments: # 1 Cover Letter to Opinion)(evana, ) (Entered: 09/20/2019) |
| 09/20/2019 | 113 | USCA Judgment as to Karen Lynn McClaflin re 42 Notice of Appeal : (USCA Case No. 18–1217) (This document is not the Mandate) (evana, ) (Entered: 09/20/2019) |
| 10/15/2019 | 114 | MANDATE of USCA as to Karen Lynn McClaflin 42 Notice of Appeal, 112 USCA Opinion, and re 113 USCA Judgment, (USCA Case No. 18–1217) (evana, ) (Entered: 10/15/2019) |
| 12/31/2019 | 115 | Letter from U.S. Supreme Court regarding Petition for Writ of Certiorari re 42 Notice of Appeal ; assigned Supreme Court No. 19–7136 as to Karen Lynn McClaflin ( Appeal No. 18–1217) (evana, ) (Entered: 01/02/2020) |
| 02/24/2020 | 116 | Letter from U.S. Supreme Court regarding Petition for Writ of Certiorari re 42 Notice of Appeal ; assigned Supreme Court No. 19–7136 as to Karen Lynn McClaflin ( Appeal No. 18–1217) The petition for a writ of certiorari is denied. (evana, ) (Entered: 02/25/2020) |
| 06/05/2020 | 117 | MOTION for Compassionate Release or Home Confinement per the Care & First Step Acts by Karen Lynn McClaflin. (evana, ) (Entered: 06/05/2020) |
| 06/05/2020 | 118 | Certificate of Service as to Karen Lynn McClaflin re 117 MOTION to Reduce Sentence pursuant to First Step Act of 2018, Karen Lynn McClaflin, 44166–013, CARSWELL FEDERAL MEDICAL CENTER, Inmate Mail/Parcels, P.O. BOX 27137, FORT WORTH, TX 76127 (evana, ) (Entered: 06/05/2020) |
| 06/08/2020 | 119 | ORDER: The Government and the Probation Office are DIRECTED to file a Response to 117 Defendants Motion on or before 6/15/2020. The Government's Response shall specifically address: what steps the warden at this facility is taking/has taken to protect especially vulnerable people like Defendant from the COVID–19 virus, what the status of Defendant's administrative request is, and whether the warden has put in place any process to expedite the determination of these types of compassionate release requests. Probation's Response shall specifically address: what steps would need to be taken by their office to put in place adequate supervision if the Court were to find that release is appropriate, what the time frame would be, and what particular risks if any the relief Defendant requests may create for the community. SO ORDERED by Judge Christine M. Arguello on 6/8/2020. Text Only Entry (cmasec) (Entered: 06/08/2020) |
| 06/10/2020 | 120 | NOTICE OF ATTORNEY APPEARANCE: Nathan Dale Chambers appearing for Karen Lynn McClaflinAttorney Nathan Dale Chambers added to party Karen Lynn McClaflin(pty:dft) (Chambers, Nathan) (Entered: 06/10/2020) |
| 06/15/2020 | 121 | PROBATION RESPONSE TO MOTION FOR COMPASSIONATE RELEASE 117 as to Karen Lynn McClaflin (ntaka) (Entered: 06/15/2020) |
| 06/15/2020 | 122 | RESPONSE to Motion by USA as to Karen Lynn McClaflin re 117 MOTION to Reduce Sentence pursuant to First Step Act of 2018 (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, (**RESTRICTED DOCUMENT Level–2** # 3 Exhibit 3), # 4 Exhibit 4)(Rhyne, Pegeen) (Modified on 6/16/2020 edited to Restrict Exhibit #3)(evana, ). (Entered: 06/15/2020) |
| 06/15/2020 | 123 | MOTION for Leave to Restrict by USA as to Karen Lynn McClaflin. (Attachments: # 1 Proposed Order (PDF Only))(Rhyne, Pegeen) (Entered: 06/15/2020) |

| | | |
|---|---|---|
| 06/15/2020 | 124 | RESTRICTED DOCUMENT – Level 2: as to Karen Lynn McClaflin. (Rhyne, Pegeen) (Entered: 06/15/2020) |
| 06/19/2020 | 125 | MOTION for Leave to File *Reply by July 3, 2020* by Karen Lynn McClaflin. (Attachments: # 1 Proposed Order (PDF Only))(Chambers, Nathan) (Entered: 06/19/2020) |
| 06/22/2020 | 126 | ORDER Granting 123 Motion for Leave to Restrict. Doc. # 124 , all exhibits attached thereto, and any orders that may reveal the contents of these documents shall have a Level 2 Restriction. SO ORDERED by Judge Christine M. Arguello on 6/22/2020. Text Only Entry (cmasec) (Entered: 06/22/2020) |
| 06/22/2020 | 127 | ORDER Granting 125 Defendant's Motion to Extend Deadline. Defendant shall have up to and including 7/3/2020 within which to file a Reply to her 117 Motion for Compassionate Release. SO ORDERED by Judge Christine M. Arguello on 6/22/2020. Text Only Entry (cmasec) (Entered: 06/22/2020) |
| 07/03/2020 | 128 | REPLY TO RESPONSE to Motion by Karen Lynn McClaflin re 117 MOTION to Reduce Sentence pursuant to First Step Act of 2018 (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Exhibit)(Chambers, Nathan) (Entered: 07/03/2020) |
| 07/20/2020 | 129 | ORDER Denying 117 Defendant Karen McClaflin's Motion for CompassionateRelief, by Judge Christine M. Arguello on 7/20/2020. (evana, ) (Entered: 07/20/2020) |
| 07/24/2020 | 130 | NOTICE OF APPEAL as to 129 Order On Motion to Reduce Sentence Pursuant to First Step Act of 2018 by Karen Lynn McClaflin. (Chambers, Nathan) (Entered: 07/24/2020) |