**FILED**
**United States Court of Appeals**
**Tenth Circuit**

**July 28, 2020**

**Christopher M. Wolpert**
**Clerk of Court**

# UNITED STATES COURT OF APPEALS

# FOR THE TENTH CIRCUIT

_____

UNITED STATES OF AMERICA,

    Plaintiff - Appellee,

v.

KAREN LYNN MCCLAFLIN,

    Defendant - Appellant.

No. 20-1268
(D.C. No. 1:17-CR-00168-CMA-1)
(D. Colo.)

_____

**ORDER**
_____

Before **TYMKOVICH**, Chief Circuit Judge.
_____

This matter is before the court on the Motion to Withdraw and for Appointment of Substitute Counsel, which was filed by the appellant's appointed counsel of record, Nathan Chambers. The required preliminary appellate documents for this post-conviction appeal have been filed. *See* 10th Cir. R. 46.3(A). Upon consideration, counsel's motion is GRANTED, as provided in this order.

Nathan Chambers is appointed pursuant to the Criminal Justice Act, 18 U.S.C. § 3006A, effective nunc pro tunc to the date the notice of appeal was filed in this matter. Mr. Chambers' obligations to the appellant will end once he complies with this order, as will his CJA appointment.

The district court previously made the requisite finding of eligibility for appointed counsel pursuant to 18 U.S.C. § 3006A. The interests of justice will be served by

appointing new counsel for the appellant with Mr. Chambers' withdrawal. Therefore, attorney Wendy Palen is appointed as new counsel for the appellant.

All pleadings filed to date in this appeal may be accessed on the court's PACER docket. As a reminder, counsel appointed under the Criminal Justice Act ("CJA") may obtain access to those materials without cost by registering for a CJA counsel account at http://pacer.psc.uscourts.gov.

The court also directs as follows:

1. Within 14 days of the date of this order, the appellant's former counsel, Mr. Chambers, shall transmit copies of all documents in his possession pertinent to this appeal that are not available on PACER to Ms. Palen (address: Palen Law Offices, LLP, P.O. Box 156, Glendo, WY 82213-0000; Telephone: 307-735-4022; Email: palenlaw@gmail.com).

2. Also within 14 days of the date of this order, Ms. Palen shall file and serve an entry of appearance in this court. *See* 10th Cir. R. 46.1.

3. This appeal is fully perfected. Nevertheless, if Ms. Palen wishes to supplement the designation of record and/or transcript order form on file in the district court, she is directed to do so within 20 days of the date of this order, providing service notice to this court as necessary. If Ms. Palen orders additional transcripts, she must file a CJA 24 form in the U.S. District Court for the District of Colorado. Questions regarding the filing of a CJA 24 form should be directed to the District Court Clerk's Office.

4. The Clerk of the U.S. District Court for the District of Colorado shall wait at least 20 days before transmitting the record on appeal to this court. If amendments or

supplements to either the designation of record or transcript order form are filed, new counsel should ensure that the different and/or additional materials are included in the record on appeal when filed. Briefing on the merits will begin once the record on appeal is transmitted to this court.

5. The Clerk's Office shall transmit a copy of this order to the Clerk of the U.S. District Court for the District of Colorado. Mr. Chambers shall transmit a copy of this order to the appellant forthwith.

Entered for the Court
CHRISTOPHER M. WOLPERT, Clerk

*Lara Smith*

by: Lara Smith
     Counsel to the Clerk