

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### OFFICE OF THE CLERK

JEFFREY P. COLWELL  
CLERK OF COURT

Room A-105  
Alfred A. Arraj United States Courthouse  
901 19th Street  
Denver, Colorado 80294  
Phone(303) 844-3433  
www.cod.uscourts.gov

August 18, 2020

Clerk  
U.S. Court of Appeals for the Tenth Circuit  
Byron White United States Courthouse  
1823 Stout Street  
Denver, CO  80257

RE:   USA v. McClaflin

District Court Case No.   17-cr-168 CMA  
Court of Appeals Case No.  20-1268

Dear Clerk:

Enclosed please find the Record on Appeal in  (2) three   volume(s) which consist of the following:

Volume I - Electronic Pleadings  
Volume II - Restricted Level 2 Pleadings


JEFFREY P. COLWELL, CLERK


By:  s/ E. Van Alphen,  
Deputy Clerk