FILED  
United States Court of Appeals  
Tenth Circuit

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

**December 28, 2020**

_____

Christopher M. Wolpert  
Clerk of Court

UNITED STATES OF AMERICA,

   Plaintiff - Appellee,

v.

KAREN LYNN MCCLAFLIN,

   Defendant - Appellant.

No. 20-1268  
(D.C. No. 1:17-CR-00168-CMA-1)  
(D. Colo.)

_____

**ORDER**

_____

Appellant's motion to dismiss this matter is granted. *See* 10th Cir. R. 27.5(A)(9) and Fed. R. App. P. Rule 42(b).

A copy of this order shall stand as and for the mandate of the court.

Entered for the Court

CHRISTOPHER M. WOLPERT, Clerk